**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>TOUCHSTONE REMODELERS, LLC,<br>       Debtor. | Case No. 23-00116-ELG<br>Chapter 7 |
| FEDERICO M. BANDI and<br>ANGELA M. BANDI,<br>       Plaintiffs,<br><br>vs.<br><br>BENJAMIN ROBERT SRIGLEY,<br>CYNTHIA TYBURCZY SRIGLEY,<br>TOUCHSTONE REMODELERS, LLC and<br>SRIGLEY DEVELOPMENT COMPANY,<br>LLC,<br>       Defendants. | Adversary No. _____ |

### ORDER AND JUDGMENT

Upon consideration of the Complaint of Federico M. Bandi and Angela M. Bandi (the "**Plaintiffs**") against Benjamin Robert Srigley, Cynthia Tyburczy Srigley, Touchstone Remodelers, LLC (the "**Debtor**"), and Srigley Development Company, LLC (collectively, the "**Defendants**"); the Court having found that (i) the Court has jurisdiction over the subject matter

of this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this adversary proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (iii) venue of this adversary proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the relief set forth in the following paragraphs (a) through (j), is hereby ORDERED.

(a) On Counts I and II, awarding judgment to the Plaintiffs, on behalf of the Estate, pursuant to section 548 of the Bankruptcy Code, in an amount of the Avoidable Transfers, and directing the Defendants to pay the Estate an amount to be determined at trial, totaling not less than $212,615.35, plus the Plaintiffs' reasonable costs, pursuant to section 550(a) of the Bankruptcy Code;

(b) On Counts III and IV, awarding judgment to the Plaintiffs, on behalf of the Estate, pursuant to sections 544 and 550 of the Bankruptcy Code, D.C. Code §§ 28-3104, 28-3105 and 28-3107 through 28-3109, or pursuant to other applicable state fraudulent conveyance or fraudulent transfer law, in an amount to be proven at trial, totaling not less than $457,070.95, plus the Plaintiffs' reasonable costs, pursuant to section 550(a) of the Bankruptcy Code;

(c) On Count V, awarding judgment to the Plaintiffs, on behalf of the Estate, for damages caused to the Debtor and its creditors, as a result of the Srigleys' breaches of fiduciary duties and self-dealing, pursuant to D.C. Code § 29-804.09 or other applicable provisions of the Uniform Limited Liability Company Act of 2010, D.C. Code § 29-801.01, *et seq.* or applicable common law, in an amount to be proven at trial;

(d) On Count VI, awarding judgment to the Plaintiffs, on behalf of the Estate, in the amount of the improper distributions made by the Srigleys in violation of D.C. Code §§ 29- 804.05 and 29-804.09 and pursuant to D.C. Code § 29-804.06, and directing the Defendants to pay the Estate an amount to be determined at trial, totaling not less than $141,410.38;

(e) On Count VII, awarding judgment to the Plaintiffs, on behalf of the Estate, for damages caused to the Debtor and its creditors, as a result of the civil conspiracy of the Srigleys, in an amount to be proven at trial, but totaling not less than $1,088,765.67;

2

(f) On Count VIII, finding that the Debtor is the alter ego of Benjamin Srigley and Cynthia Srigley, jointly and severally, that the Srigleys are jointly and severally liable for all damages resulting from this Adversary Proceeding, and that the assets of the Srigleys, up to the total amount of allowable claims pursuant to 11 U.S.C. § 502, totaling not less than $1,088,765.67, are property of the Estate;

(g) Awarding the Plaintiffs their reasonable costs incurred in connection with this Adversary Proceeding;

(h) Awarding post-judgment interest at the maximum legal rate running from the date of the judgment until the date the judgment is paid in full, plus costs;

(i) Directing the Defendants to pay forthwith all amounts awarded; and

(j) Granting such other and further relief as this Court deems just and proper.

The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:    April 16, 2025

                                                                                          Respectfully submitted by:

                                                                                          */s/ Federico M. Bandi*
                                                                                          FEDERICO M. BANDI
                                                                                          3606 Chesapeake Street, NW
                                                                                          Washington, DC. 20008
                                                                                         Telephone: 773-612-4163
                                                                                         Email: fbandi1@jhu.edu

                                                                                         -and-

                                                                                         */s/ Angela M. Bandi*
                                                                                         ANGELA M. BANDI
                                                                                         3606 Chesapeake Street, NW
                                                                                         Washington, DC. 20008
                                                                                         Telephone: 773-620-1932
                                                                                         Email: angela.bandi@yahoo.com

                                                                                         *Filing Pro Se*

## SERVICE LIST

Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008

Benjamin Srigley, Officer
Touchstone Remodelers, LLC and
Srigley Development Company, LLC
203 Fishburne Street
Unit A
Charleston, SC 29403

Cynthia Srigley, Chemist
c/o U.S. Food and Drug Administration
Human Foods Program
5001 Campus Drive, HFS-009
College Park, MD 20740-3835

American Express National Bank
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Builders Mutual Insurance Company
c/o Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
ATTN: William A. Piner, II, Esq.

D.C. Government
Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013

Touchstone Remodelers, LLC
c/o Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee

Capital One N.A.
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118