# APPENDIX A

# APPENDIX A: AVOIDABLE TRANSFERS

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| **CREDIT CARD PURCHASES** | | | | |
| 8/10/22 | Credit Card | AmEx 11008 | Soundstripe | $29.99 |
| 8/9/22 | Credit Card | AmEx 11008 | Google YouTube Premium | $19.07 |
| 7/13/22 | Credit Card | AmEx 02002 | Dunkin (Quinton, VA) | $12.83 |
| 7/10/22 | Credit Card | AmEx 11008 | Soundstripe | $29.99 |
| 7/9/22 | Credit Card | AmEx 11008 | Google YouTube Premium | $19.07 |
| 6/29/22 | Credit Card | AmEx 02002 | Dunkin (Rocky Mount, NC) | $20.25 |
| 6/24/22 | Credit Card | AmEx 11008 | Verified Wines (Washington, DC) | $57.59 |
| 6/15/22 | Credit Card | AmEx 11008 | Clyde's of Chevy Chase | $130.81 |
| 6/10/22 | Credit Card | AmEx 11008 | Soundstripe | $29.99 |
| 6/9/22 | Credit Card | AmEx 11008 | Google YouTube Premium | $19.07 |
| 6/4/22 | Credit Card | AmEx 11008 | Amazon Prime | $528.94 |
| 5/24/22 | Credit Card | AmEx 11008 | Sirius XM Radio | -$28.06 |
| 5/18/22 | Credit Card | AmEx 11008 | Sirius XM Radio [changed billing card from AmEx 02002 to AmEx11008] | $29.99 |
| 5/14/22 | Credit Card | AmEx 02002 | Foreflight, LLC | $439.02 |
| 5/10/22 | Credit Card | AmEx 11008 | Soundstripe | $29.99 |
| 5/10/22 | Credit Card | AmEx 11008 | Google YouTube Premium [changed billing card from AmEx 02002 to AmEx11008] | $19.07 |
| 5/2/22 | Credit Card | AmEx 02002 | amazon.com | $12.35 |
| 4/24/22 | Credit Card | AmEx 02002 | FloWrestling | $159.00 |
| 4/18/22 | Credit Card | AmEx 02002 | Sirius XM Radio | $29.99 |
| 4/10/22 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 3/18/22 | Credit Card | AmEx 02002 | Sirius XM Radio | $29.99 |
| 3/10/22 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 3/10/22 | Credit Card | AmEx 11008 | Highway 102 (Fredricksburg VA) | $66.75 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|------|--------------|---------|-----------------|--------|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 3/9/22 | Credit Card | AmEx 02002 | Uber Eats | $72.27 |
| 3/8/22 | Credit Card | BofA 9400 | Queenstown RV (College Park, MD) | $137.47 |
| 3/8/22 | Credit Card | Capital One 8764 | Warren Street Deli (Silver Spring, MD) | $16.50 |
| 3/7/22 | Credit Card | AmEx 02002 | RV TRIP WI* TRIAL OVER [RV trip planner] | $49.00 |
| 3/7/22 | Credit Card | BofA 9400 | FCPA Park Services Web (VA) | $45.00 |
| 2/25/22 | Credit Card | AmEx 02002 | PayPal *GoPro Inc. ["Official Camera of Fun"] | $317.99 |
| 2/25/22 | Credit Card | AmEx 02002 | PayPal *GoPro Inc. ["Official Camera of Fun"] | $52.99 |
| 2/22/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $14.30 |
| 2/22/22 | Credit Card | AmEx 02002 | amazon.com | $29.68 |
| 2/21/22 | Credit Card | AmEx 02002 | amazon.com | $12.07 |
| 2/21/22 | Credit Card | AmEx 02002 | amazon.com | $19.08 |
| 2/18/22 | Credit Card | AmEx 02002 | Food Lion (Providence Forge, VA) | $114.08 |
| 2/18/22 | Credit Card | AmEx 02002 | Sirius XM Radio | $29.99 |
| 2/11/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $175.34 |
| 2/11/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $48.22 |
| 2/9/22 | Credit Card | BofA 9400 | JT Motorsports (Frederick, MD) | $93.35 |
| 2/9/22 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 2/9/22 | Credit Card | AmEx 02002 | amazon.com | $10.89 |
| 2/8/22 | Credit Card | AmEx 02002 | amazon.com | $12.71 |
| 2/8/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $95.28 |
| 2/8/22 | Credit Card | BofA 9400 | Rockahock Campgrounds (Lanexa, VA) | $81.55 |
| 2/4/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $242.73 |
| 2/3/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $27.44 |
| 2/3/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $381.38 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|------|------|------|------|------|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 2/1/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $123.90 |
| 2/1/22 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | $24.32 |
| 2/1/22 | Credit Card | AmEx 02002 | Apple Online Store | -$100.00 |
| 1/31/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $48.37 |
| 1/30/22 | Credit Card | AmEx 02002 | Uber Eats | $60.86 |
| 1/30/22 | Credit Card | AmEx 02002 | amazon.com | $12.35 |
| 1/30/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $79.49 |
| 1/28/22 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | $21.10 |
| 1/25/22 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | $21.25 |
| 1/24/22 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | $182.24 |
| 1/24/22 | Credit Card | AmEx 02002 | amazon.com | $79.48 |
| 1/20/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $35.98 |
| 1/18/22 | Credit Card | AmEx 02002 | amazon.com | $15.88 |
| 1/18/22 | Credit Card | AmEx 02002 | amazon.com | $109.17 |
| 1/19/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $7.34 |
| 1/18/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $7.20 |
| 1/18/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $124.93 |
| 1/18/22 | Credit Card | AmEx 02002 | Sirius XM Radio | $18.47 |
| 1/18/22 | Credit Card | AmEx 02002 | Apple Online Store | $1,433.94 |
| 1/14/22 | Credit Card | AmEx 02002 | Apple Online Store | -$269.00 |
| 1/14/22 | Credit Card | AmEx 02002 | Apple Online Store | -$1,164.94 |
| 1/13/22 | Credit Card | AmEx 02002 | Apple Online Store | $1,438.94 |
| 1/13/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $13.77 |
| 1/13/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $41.52 |
| 1/13/22 | Credit Card | AmEx 02002 | Amazon Mktp US | $254.39 |
| 1/10/22 | Credit Card | AmEx 02002 | Apple Online Store | $1,433.94 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 1/9/22 | Credit Card | AmEx 02002 | Apple Online Store | -$5.00 |
| 1/9/22 | Credit Card | AmEx 02002 | Apple Online Store | -$1,363.94 |
| 1/9/22 | Credit Card | AmEx 02002 | Apple Online Store | $1,368.94 |
| 1/9/22 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 12/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 11/25/21 | Credit Card | AmEx 02002 | Sirius XM Radio | -$18.19 |
| 11/19/21 | Credit Card | AmEx 02002 | Uber Trip | $56.20 |
| 11/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $137.60 |
| 11/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 11/8/21 | Credit Card | AmEx 02002 | Air Power | $1,890.00 |
| 11/7/21 | Credit Card | AmEx 02002 | United Airlines (IAD to LAX; excess baggage) | $150.00 |
| 10/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 10/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 9/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 9/15/21 | Credit Card | AmEx 02002 | Uber Eats | $70.56 |
| 9/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 9/6/21 | Credit Card | AmEx 02002 | Uber Eats | $55.94 |
| 9/4/21 | Credit Card | AmEx 02002 | Skyport Services | $98.09 |
| 9/3/21 | Credit Card | AmEx 02002 | Aircraft Owners and Pilot | $189.00 |
| 8/28/21 | Credit Card | Capital One 8764 | CPO Commerce, LLC | $684.96 |
| 8/29/21 | Credit Card | AmEx 02002 | Uber Eats | $62.80 |
| 8/27/21 | Credit Card | AmEx 02002 | Clyde's of Chevy Chase | $261.64 |
| 8/23/21 | Credit Card | AmEx 02002 | Roti (Chevy Chase, MD) | $32.86 |
| 8/20/21 | Credit Card | AmEx 02002 | Uber Eats | $63.72 |
| 8/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|-------|-------------|-----------|-------------------------------------------------|-----------|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 8/17/21 | Credit Card | AmEx 02002 | DC Metro Aviation Services (Gaithersburg, MD) | $252.78 |
| 8/16/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $40.26 |
| 8/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 7/25/21 | Credit Card | AmEx 02002 | Uber Eats | $70.43 |
| 7/23/21 | Credit Card | AmEx 11008 | Chipotle (Chevy Chase, MD) | $23.54 |
| 7/23/21 | Credit Card | AmEx 11008 | Potbelly (Chevy Chase, MD) | $29.39 |
| 7/22/21 | Credit Card | AmEx 02002 | Roti (Chevy Chase, MD) | $19.61 |
| 7/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 7/15/21 | Credit Card | AmEx 11008 | Lia's (Chevy Chase, MD) | $118.63 |
| 7/15/21 | Credit Card | AmEx 02002 | Uber Eats | $70.43 |
| 7/11/21 | Credit Card | AmEx 02002 | Uber Eats | $102.73 |
| 7/11/21 | Credit Card | AmEx 02002 | Uber Trip | $55.30 |
| 7/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 6/27/21 | Credit Card | AmEx 02002 | Uber Eats | $5.00 |
| 6/21/21 | Credit Card | AmEx 02002 | Uber Eats | $73.83 |
| 6/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $143.29 |
| 6/10/21 | Credit Card | BofA 9400 | Aerox Aviation Oxygen | $339.86 |
| 6/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 6/6/21 | Credit Card | AmEx 02002 | Uber Eats | $63.29 |
| 5/26/21 | Credit Card | AmEx 02002 | Uber Eats | $67.64 |
| 5/25/21 | Credit Card | AmEx 02002 | Uber Trip | $34.24 |
| 5/25/21 | Credit Card | AmEx 02002 | Seven Rivers Aviation, LLC (Georgetown, SC) | $688.80 |
| 5/24/21 | Credit Card | AmEx 02002 | Banyan Air Service (Ft. Lauderdale, FL) | $50.79 |
| 5/24/21 | Credit Card | AmEx 02002 | Westin Ft Lauderdale (arrival date: 5/20/21; departure date: 5/23/21) | $326.12 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE |
| Date | Payment Type | Account | Vendor/Recipient | | Amount |
|---|---|---|---|---|---|
| 5/23/21 | Credit Card | AmEx 02002 | Seven Rivers Aviation, LLC (Georgetown, SC) | | $189.23 |
| 5/23/21 | Credit Card | AmEx 02002 | Uber Eats | | $31.37 |
| 5/23/21 | Credit Card | AmEx 02002 | Uber Eats | | $65.60 |
| 5/23/21 | Credit Card | AmEx 02002 | Uber Trip | | $34.12 |
| 5/22/21 | Credit Card | AmEx 02002 | Uber Trip | | $10.38 |
| 5/22/21 | Credit Card | AmEx 02002 | Uber Trip | | $11.23 |
| 5/21/21 | Credit Card | AmEx 02002 | Uber Trip | | $31.64 |
| 5/21/21 | Credit Card | AmEx 02002 | Uber Trip | | $41.83 |
| 5/21/21 | Credit Card | AmEx 02002 | Uber Trip | | $18.49 |
| 5/21/21 | Credit Card | AmEx 02002 | Uber Trip | | $48.37 |
| 5/21/21 | Credit Card | AmEx 02002 | Uber Trip | | $14.70 |
| 5/21/21 | Credit Card | AmEx 02002 | Uber Trip | | $15.58 |
| 5/20/21 | Credit Card | AmEx 02002 | Uber Trip | | $38.56 |
| 5/20/21 | Credit Card | AmEx 02002 | United Airlines (IAD to Ft Lauderdale; excess baggage) | | $35.00 |
| 5/18/21 | Credit Card | AmEx 02002 | expedia.com (United Airlines from Washington Dulles to Fort Lauderdale, Hollywood; passenger: Cynthia Srigley; departure date: 5/20/21) | | $267.40 |
| 5/18/21 | Credit Card | AmEx 02002 | expedia.com (United Airlines from Washington Dulles to Fort Lauderdale, Hollywood; passenger: Benjamin Srigley; departure date: 5/20/21) | | $267.40 |
| 5/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | | $143.29 |
| 5/14/21 | Credit Card | AmEx 02002 | Foreflight, LLC | | $399.01 |
| 5/14/21 | Credit Card | AmEx 11008 | Parkway Delicatessen (Silver Spring, MD) | | $50.97 |
| 5/12/21 | Credit Card | AmEx 11008 | Uber Eats | | $35.95 |
| 5/10/21 | Credit Card | AmEx 11008 | Uber Eats | | $67.64 |
| 5/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | | $19.07 |

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|------|------|------|------|------|
| **TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE** | | | | |
| 5/4/21 | Credit Card | AmEx 11008 | Uber Eats | $51.84 |
| 5/2/21 | Credit Card | AmEx 11008 | Uber Trip | $11.26 |
| 5/2/21 | Credit Card | AmEx 11008 | Uber Trip | $41.48 |
| 5/2/21 | Credit Card | AmEx 11008 | Uber Eats | $74.89 |
| 4/29/21 | Credit Card | AmEx 02002 | Banyan Air Service (Ft. Lauderdale, FL) | $460.10 |
| **Subtotal:** | | | | **$15,467.92** |
| | | | | |
| **BANK ACCOUNT PURCHASES, PAYMENTS AND CHECKS** | | | | |
| 3/23/22 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 2/23/22 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 2/10/22 | Check #12329 | BofA 3252 | US Aircraft Insurance | $194.00 |
| 1/24/22 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 12/29/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 12/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 12/1/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 11/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 10/28/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 10/25/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 9/28/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 9/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 8/31/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 8/30/21 | Check #12289 | BofA 3252 | US Aircraft Insurance | $2,143.00 |
| 8/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 8/4/21 | Check #12270 | BofA 3252 | US Aircraft Finance | $647.03 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 7/26/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 7/6/21 | Check #12241 | BofA 3252 | US Aircraft Finance | $647.03 |
| 6/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 6/1/21 | Check #12221 | BofA 3252 | US Aircraft Finance | $647.03 |
| 5/24/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 5/3/21 | Check #12200 | BofA 3252 | US Aircraft Finance | $647.03 |
| **Subtotal:** | | | | **$14,914.27** |

### BANK ACCOUNT TRANSFERS

| | | | | |
|---|---|---|---|---|
| 9/6/22 | Transfer | BofA 3252 | Owner Draw Account | $864.86 |
| 4/29/22 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 4/15/22 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 3/18/22 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 2/18/22 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 2/10/22 | Transfer | BofA 3252 | Owner Draw Account | $5,000.00 |
| 1/24/22 | Transfer | BofA 3252 | BofA 6378 | $40,000.00 |
| 1/21/22 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 1/7/22 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 12/24/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 12/10/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 12/8/21 | Withdrawal | BofA 3252 | Cash Withdrawal | $4,400.00 |
| 11/26/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 11/12/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 10/29/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 10/15/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 10/1/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 9/17/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 9/3/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 8/20/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 8/6/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 7/23/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 7/9/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 6/25/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 6/11/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 5/28/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 5/19/21 | Customer Withdrawal Image | BofA 3252 | Benjamin Srigley ("Other Operating Expenses: Auto/Truck: M20K Repair & Maintenance") | $11,945.52 |
| 5/14/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 4/30/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| **Subtotal:** | | | | **$141,410.38** |

| PROCEEDS FROM SALE OF M20K AIRCRAFT REPRESENTING PORTION OF DEBTOR'S ASSETS USED FOR ITS PURCHASE | | | | |
|---|---|---|---|---|
| 2/22/22 | Check/Wire Transfer | Unknown | Srigley Development Company or Benjamin Srigley | $40,822.78 |
| | | | | |
| **TOTAL:** | | | | **$212,615.35** |

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| CREDIT CARD PURCHASES | | | | |
| 4/30/21 | Credit Card | AmEx 11008 | johnstonandmurphy.com | -$105.99 |
| 4/25/21 | Credit Card | AmEx 11008 | Uber Eats | $68.85 |
| 4/25/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $8.44 |
| 4/24/21 | Credit Card | AmEx 02002 | FloWrestling [annual subscription] | $150.00 |
| 4/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $143.29 |
| 4/17/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $9.58 |
| 4/17/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $14.92 |
| 4/15/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $13.33 |
| 4/15/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $15.53 |
| 4/14/21 | Credit Card | AmEx 11008 | johnstonandmurphy.com | $315.88 |
| 4/13/21 | Credit Card | AmEx 11008 | johnstonandmurphy.com | $190.78 |
| 4/13/21 | Credit Card | AmEx 11008 | johnstonandmurphy.com | $264.97 |
| 4/13/21 | Credit Card | AmEx 11008 | johnstonandmurphy.com | $84.79 |
| 4/10/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $19.07 |
| 4/10/21 | Credit Card | AmEx 11008 | Pizzeria Da Marco | $110.30 |
| 4/10/21 | Credit Card | AmEx 11008 | Uber Eats | $65.84 |
| 4/10/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $8.43 |
| 4/4/21 | Credit Card | AmEx 11008 | Uber Eats | $53.55 |
| 4/3/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $20.19 |
| 4/3/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $19.94 |
| 3/29/21 | Credit Card | AmEx 11008 | Uber Trip (Meals) | $33.32 |
| 3/28/21 | Credit Card | AmEx 02002 | Uber Eats | $56.74 |
| 3/27/21 | Credit Card | AmEx 02002 | Uber Eats (Meals) | $44.05 |

| | | | TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | |
|---|---|---|---|---|
| 3/22/21 | Credit Card | AmEx 11008 | Travelocity (Jet Blue from Ft. Lauderdale to DCA; passenger: Benjamin Srigley; departure date: 3/23/21) | $320.40 |
| 3/23/21 | Credit Card | AmEx 02002 | Seven Rivers Aviation, LLC (Georgetown, SC) | $201.20 |
| 3/21/21 | Credit Card | AmEx 02002 | Pizzeria Da Marco | $87.13 |
| 3/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $143.29 |
| 3/17/21 | Credit Card | AmEx 02002 | Uber Eats | $45.76 |
| 3/15/21 | Credit Card | AmEx 02002 | Uber Eats | $67.20 |
| 3/10/21 | Credit Card | AmEx 02002 | Aircraft Spruce | $345.15 |
| 3/10/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $17.99 |
| 2/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 2/16/21 | Credit Card | BofA 9400 | Gleaming Goddess Hair Lounge | $25.00 |
| 2/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $17.99 |
| 1/18/21 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 1/9/21 | Credit Card | AmEx 02002 | Google YouTube Premium | $17.99 |
| 12/25/20 | Credit Card | BofA 9400 | REI.com | $250.00 |
| 12/18/20 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 12/10/20 | Credit Card | AmEx 02002 | Google YouTube Premium | $17.99 |
| 11/23/20 | Credit Card | AmEx 02002 | Maggiano's Chevy Chase | $130.04 |
| 11/18/20 | Credit Card | AmEx 02002 | Sirius XM Radio | $135.18 |
| 7/27/20 | Credit Card | BofA 9400 | Sporty's Catalogs | $83.88 |
| 2/12/20 | Credit Card | BofA 9400 | Fenton Cafe (Silver Spring, MD) | $25.19 |
| Subtotal: | | | | $3,942.72 |

### BANK ACCOUNT PURCHASES, PAYMENTS AND CHECKS

| 4/15/21 | Debit Card 5835 | BofA 3252 | Clyde's of Chevy Chase | $50.77 |
|---|---|---|---|---|
| 4/2/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $1,534.87 |

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| 3/29/21 | Check #12181 | BofA 3252 | US Aircraft Finance | $647.03 |
| 3/26/21 | Zelle Transfer | BofA 3252 | Gashaw Mengistu ("Pilot Proficiency") | $150.00 |
| 3/1/21 | Check #12159 | BofA 3252 | US Aircraft Finance | $647.03 |
| 2/22/21 | Venmo Payment | BofA 3252 | INDN: Ben Srigley | $40.00 |
| 2/19/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $684.80 |
| 2/8/21 | Check #12150 | BofA 3252 | US Aircraft Finance | $647.03 |
| 1/25/21 | Venmo Payment | BofA 3252 | INDN: Ben Srigley | $100.00 |
| 1/25/21 | Zelle Transfer | BofA 3252 | Gashaw Mengistu ("Pilot Proficiency") | $100.00 |
| 1/19/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 1/11/21 | Check #12140 | BofA 3252 | RPM Aircraft Service | $412.81 |
| 1/6/21 | Check #12144 | BofA 3252 | US Aircraft Finance | $647.03 |
| 12/21/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 12/7/20 | Check #12128 | BofA 3252 | US Aircraft Finance | $647.03 |
| 11/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $788.05 |
| 11/3/20 | Check #12124 | BofA 3252 | US Aircraft Finance | $647.03 |
| 10/20/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 10/5/20 | Check #11733 | BofA 3252 | US Aircraft Finance | $647.03 |
| 9/21/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 9/3/20 | Check #12116 | BofA 3252 | US Aircraft Finance | $647.03 |
| 9/3/20 | Check #12114 | BofA 3252 | US Aircraft Insurance | $2,183.00 |
| 8/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| 8/3/20 | Check #11708 | BofA 3252 | US Aircraft Finance | $647.03 |
| 7/20/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $734.78 |
| 7/6/20 | Check #11693 | BofA 3252 | US Aircraft Finance | $647.03 |
| 6/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 6/8/20 | Check #11672 | BofA 3252 | US Aircraft Finance | $647.03 |
| 5/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 5/4/20 | Check #11652 | BofA 3252 | US Aircraft Finance | $647.03 |
| 4/20/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 4/2/20 | Check #11642 | BofA 3252 | US Aircraft Finance | $647.03 |
| 3/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 3/2/20 | Check #11626 | BofA 3252 | US Aircraft Finance | $647.03 |
| 2/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $760.10 |
| 2/3/20 | Check #11617 | BofA 3252 | US Aircraft Finance | $647.03 |
| 1/21/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $889.42 |
| 1/9/20 | Check #11599 | BofA 3252 | US Aircraft Finance | $647.03 |
| **Subtotal:** | | | | **$24,307.08** |

| BANK ACCOUNT TRANSFERS | | | | |
|---|---|---|---|---|
| 4/19/21 | Transfer | BofA 6490 | Owner Draw Account | $30,000.00 |
| 4/16/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 4/2/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 3/19/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 3/5/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| 3/3/21 | ATM Withdrawal | BofA 3252 (Card #5835) | Cash Withdrawal | $800.00 |
| 2/19/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 2/18/21 | ATM Withdrawal | BofA 3252 (Card #0442) | Cash Withdrawal | $800.00 |
| 2/16/21 | Transfer | BofA 3252 | Owner Draw Account | $20,000.00 |
| 2/5/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 1/28/21 | ATM Withdrawal | BofA 3252 (Card #0442) | Cash Withdrawal | $500.00 |
| 1/22/21 | ATM Withdrawal | BofA 3252 (Card #0442) | Cash Withdrawal | $202.90 |
| 1/22/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 1/8/21 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 12/24/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 12/11/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 11/27/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 11/13/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 10/30/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 10/16/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 10/2/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 9/30/20 | ATM Withdrawal | BofA 3252 (Card #0442) | Cash Withdrawal | $202.90 |
| 9/18/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 9/4/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 8/21/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 8/7/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 7/24/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 7/10/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 6/26/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 6/12/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| 5/29/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 5/15/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 5/1/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 4/17/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 4/3/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 3/26/20 | Transfer | BofA 3252 | BofA 6378 | $30,000.00 |
| 3/20/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 3/12/20 | Transfer | BofA 3252 | BofA 6378 | $20,000.00 |
| 3/6/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 2/25/20 | MD Tlr Cash Withdrawal | BofA 3252 | Cash Withdrawal | $1,500.00 |
| 2/21/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 2/7/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 1/24/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| 1/10/20 | Transfer | BofA 3252 | Owner Draw Account - *Owner Draw* | $3,300.00 |
| **Subtotal:** | | | | **$216,205.80** |
| **TOTAL:** | | | | **$244,455.60** |
| | | | | |
| **TOTAL FOR TABLES A AND B:** | | | | **$457,070.95** |

**APPENDIX A-1**

## APPENDIX A-1: POTENTIALLY AVOIDABLE TRANSFERS

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|---|---|---|---|---|
| **TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS** | | | | |
| 8/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 8/12/22 | Credit Card | AmEx 02002 | apple.com | $8.47 |
| 8/8/22 | Credit Card | AmEx 02002 | apple.com | $11.65 |
| 8/8/22 | Credit Card | AmEx 02002 | apple.com | $24.99 |
| 8/2/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 8/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 7/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 7/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 7/12/22 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 7/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 7/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 7/2/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 6/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 6/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 6/12/22 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 6/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 6/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 5/28/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 5/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 5/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 5/15/22 | Credit Card | AmEx 02002 | Vimeo Pro | $634.94 |
| 5/12/22 | Credit Card | AmEx 02002 | apple.com | $41.31 |
| 5/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 5/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|---|---|---|---|---|
| | | **TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS** | | |
| 5/2/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 4/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 4/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 4/12/22 | Credit Card | AmEx 02002 | apple.com | $8.47 |
| 4/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 4/8/22 | Credit Card | AmEx 02002 | apple.com | $11.65 |
| 4/2/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 4/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 3/22/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 3/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 3/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 3/12/22 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 3/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 3/7/22 | Credit Card | AmEx 02002 | apple.com | $52.99 |
| 3/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 2/28/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 2/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 2/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 2/12/22 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 2/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 2/2/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 2/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 1/26/22 | Credit Card | AmEx 02002 | Uber Trip | $23.11 |
| 1/25/22 | Credit Card | AmEx 02002 | Uber Trip | $21.95 |
| 1/22/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |

| | TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 1/20/22 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 1/12/22 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 1/12/22 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 1/2/22 | Credit Card | AmEx 02002 | apple.com | $10.59 |
| 1/2/22 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 12/26/21 | Credit Card | AmEx 02002 | apple.com | $24.99 |
| 12/22/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 12/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 12/12/21 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 12/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 12/11/21 | Credit Card | AmEx 02002 | Amazon Mktp US | 105.99 |
| 12/10/21 | Credit Card | Capital One 8764 | MVA Gaithersburg | 390.00 |
| 12/9/21 | Credit Card | AmEx 02002 | Amazon Mktp US | 191.14 |
| 12/4/21 | Credit Card | AmEx 02002 | apple.com | $15.89 |
| 12/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 12/1/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $9.49 |
| 11/23/21 | Credit Card | AmEx 02002 | Uber Trip | 28.60 |
| 11/23/21 | Credit Card | AmEx 02002 | Uber Trip | 26.54 |
| 11/22/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 11/20/21 | Credit Card | AmEx 02002 | apple.com | $21.19 |
| 11/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 11/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 11/12/21 | Credit Card | AmEx 02002 | apple.com | $11.65 |
| 11/12/21 | Credit Card | AmEx 02002 | apple.com | $8.47 |
| 11/4/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $60.41 |

3

| | TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE<br>NOT INCLUDED IN ABOVE TOTALS | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 11/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 10/26/21 | Credit Card | AmEx 02002 | Amazon Mktp US | -$37.90 |
| 10/26/21 | Credit Card | AmEx 02002 | Amazon Mktp US | -$37.90 |
| 10/25/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $186.59 |
| 10/22/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 10/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 10/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 10/12/21 | Credit Card | AmEx 02002 | apple.com | $8.47 |
| 10/8/21 | Credit Card | AmEx 02002 | apple.com | $11.65 |
| 10/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 9/29/21 | Credit Card | AmEx 02002 | amazon.com | -$309.46 |
| 9/28/21 | Credit Card | AmEx 02002 | amazon.com | -$21.19 |
| 9/28/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $113.89 |
| 9/28/21 | Credit Card | AmEx 02002 | Amazon Mktp US | -$74.44 |
| 9/28/21 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | -$58.29 |
| 9/21/21 | Credit Card | AmEx 02002 | Amazon Mktp US | -$13.77 |
| 9/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 9/18/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $12.67 |
| 9/17/21 | Credit Card | Capital One 8764 | amazon.com | $21.20 |
| 9/15/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $252.06 |
| 9/15/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $74.44 |
| 9/13/21 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | $116.58 |
| 9/13/21 | Credit Card | AmEx 02002 | amazon.com | $21.19 |
| 9/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 9/12/21 | Credit Card | AmEx 02002 | apple.com | $20.12 |

4

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|------|------|------|------|------|
| | | **TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS** | | |
| 9/8/21 | Credit Card | AmEx 02002 | amazon.com | $190.79 |
| 9/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 9/2/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $149.75 |
| 9/2/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $104.55 |
| 8/29/21 | Credit Card | Capital One 8764 | amazon.com | $14.30 |
| 8/29/21 | Credit Card | AmEx 02002 | apple.com | $15.89 |
| 8/27/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $13.77 |
| 8/26/21 | Credit Card | AmEx 02002 | amazon.com | $32.86 |
| 8/26/21 | Credit Card | AmEx 02002 | amazon.com | $91.42 |
| 8/25/21 | Credit Card | Capital One 8764 | amazon.com | $9.51 |
| 8/22/21 | Credit Card | AmEx 02002 | apple.com | $15.89 |
| 8/22/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 8/20/21 | Credit Card | Capital One 8764 | amazon.com | $13.77 |
| 8/20/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $103.66 |
| 8/20/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $8.22 |
| 8/20/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $106.00 |
| 8/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 8/12/21 | Credit Card | AmEx 02002 | apple.com | $8.47 |
| 8/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 8/11/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $34.23 |
| 8/8/21 | Credit Card | AmEx 02002 | apple.com | $11.65 |
| 8/8/21 | Credit Card | AmEx 02002 | apple.com | $24.99 |
| 8/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 7/28/21 | Credit Card | AmEx 02002 | amazon.com | $327.32 |
| 7/26/21 | Credit Card | Capital One 8764 | amazon.com | $18.69 |

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|------|------|------|------|------|
| 7/20/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $97.52 |
| 7/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 7/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 7/12/21 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 7/12/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $49.23 |
| 7/7/21 | Credit Card | AmEx 02002 | amazon.com | $81.46 |
| 7/6/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $165.37 |
| 7/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 6/27/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $50.87 |
| 6/24/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $3,477.09 |
| 6/24/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $49.58 |
| 6/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 6/17/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $175.71 |
| 6/17/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $156.87 |
| 6/12/21 | Credit Card | AmEx 02002 | apple.com | $8.47 |
| 6/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 6/11/21 | Credit Card | AmEx 02002 | apple.com | $11.65 |
| 6/7/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $207.33 |
| 6/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 6/1/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $256.36 |
| 5/26/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $36.39 |
| 5/26/21 | Credit Card | AmEx 02002 | amazon.com | $10.00 |
| 5/22/21 | Credit Card | AmEx 02002 | amazon.com | $259.59 |
| 5/20/21 | Credit Card | AmEx 02002 | amazon.com | $60.45 |
| 5/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |

**TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS**

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|---|---|---|---|---|
| **TABLE A-1: 2-YEAR PERIOD PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS** | | | | |
| 5/20/21 | Credit Card | Capital One 8764 | amazon.com | $50.17 |
| 5/19/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $14.96 |
| 5/16/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $24.05 |
| 5/15/21 | Credit Card | AmEx 02002 | amazon.com | $111.29 |
| 5/15/21 | Credit Card | AmEx 11008 | Uber Trip | $20.10 |
| 5/14/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $20.10 |
| 5/13/21 | Credit Card | Capital One 8764 | amazon.com | $50.17 |
| 5/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 5/12/21 | Credit Card | AmEx 02002 | apple.com | $20.12 |
| 5/12/21 | Credit Card | AmEx 02002 | amazon.com | $243.79 |
| 5/5/21 | Credit Card | AmEx 02002 | amazon.com | $97.68 |
| 5/4/21 | Credit Card | Capital One 8764 | amazon.com | $23.30 |
| 5/2/21 | Credit Card | Capital One 8764 | Amazon Mktp US | $11.76 |
| 5/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 5/2/21 | Credit Card | AmEx 02002 | apple.com | $31.78 |
| 5/1/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $256.42 |
| 4/30/21 | Credit Card | AmEx 02002 | amazon.com | 11.65 |
| 4/29/21 | Credit Card | Capital One 8764 | amazon.com | $63.55 |
| 4/28/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $255.88 |
| **TOTAL:** | | | | **$10,217.91** |

| TABLE B-1: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS | | | | |
|---|---|---|---|---|
| 4/27/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $30.57 |
| 4/26/21 | Credit Card | AmEx 02002 | amazon.com | $25.16 |
| 4/23/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $123.84 |
| 4/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 4/12/21 | Credit Card | AmEx 02002 | apple.com | $5.29 |
| 4/12/21 | Credit Card | AmEx 02002 | apple.com | $19.06 |
| 4/4/21 | Credit Card | AmEx 02002 | amazon.com | $908.73 |
| 4/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 3/29/21 | Credit Card | AmEx 11008 | ACL Discount Glasses | $97.96 |
| 3/25/21 | Credit Card | AmEx 02002 | Uber Trip | -$19.72 |
| 3/24/21 | Credit Card | AmEx 02002 | Uber Trip | $54.04 |
| 3/24/21 | Credit Card | AmEx 02002 | Uber Trip | $43.44 |
| 3/24/21 | Credit Card | AmEx 11008 | Amazon Mktplace Pmts | $95.38 |
| 3/20/21 | Credit Card | Capital One 8764 | amazon.com | $41.31 |
| 3/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 3/12/21 | Credit Card | AmEx 02002 | apple.com | $4.99 |
| 3/12/21 | Credit Card | AmEx 02002 | apple.com | $6.99 |
| 3/10/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $895.70 |
| 3/9/21 | Credit Card | Capital One 8764 | amazon.com | $58.84 |
| 3/8/21 | Credit Card | AmEx 02002 | apple.com | $10.99 |
| 3/8/21 | Credit Card | AmEx 02002 | Uber Trip | $37.08 |
| 3/7/21 | Credit Card | AmEx 02002 | Uber Trip | $34.12 |
| 3/6/21 | Credit Card | AmEx 02002 | apple.com | $29.99 |
| 3/5/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $211.99 |
| 3/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 2/24/21 | Credit Card | AmEx 02002 | amazon.com | $33.03 |
| 2/20/21 | Credit Card | AmEx 02002 | apple.com | $9.99 |

| TABLE B-1: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS | | | | |
|---|---|---|---|---|
| 2/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 2/13/21 | Credit Card | Capital One 8764 | amazon.com | $21.18 |
| 2/12/21 | Credit Card | AmEx 02002 | apple.com | $4.99 |
| 2/12/21 | Credit Card | AmEx 02002 | apple.com | $17.98 |
| 2/10/21 | Credit Card | AmEx 02002 | amazon.com | $899.94 |
| 2/6/21 | Credit Card | AmEx 02002 | Uber Trip | $10.59 |
| 2/6/21 | Credit Card | AmEx 02002 | Uber Trip | $17.06 |
| 2/5/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $27.02 |
| 2/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 2/2/21 | Credit Card | AmEx 02002 | apple.com | $19.99 |
| 1/29/21 | Credit Card | AmEx 02002 | Uber Trip | $17.20 |
| 1/29/21 | Credit Card | AmEx 02002 | Uber Trip | $19.28 |
| 1/28/21 | Credit Card | AmEx 02002 | Uber Trip | $20.08 |
| 1/25/21 | Credit Card | AmEx 02002 | Uber Trip | $15.72 |
| 1/25/21 | Credit Card | AmEx 02002 | Uber Trip | $16.05 |
| 1/23/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $36.00 |
| 1/20/21 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 1/12/21 | Credit Card | AmEx 02002 | apple.com | $4.99 |
| 1/12/21 | Credit Card | AmEx 02002 | apple.com | $37.97 |
| 1/11/21 | Credit Card | AmEx 02002 | Uber Trip | $20.83 |
| 1/11/21 | Credit Card | AmEx 02002 | Uber Trip | $19.30 |
| 1/2/21 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 1/2/21 | Credit Card | AmEx 02002 | apple.com | $9.99 |
| 12/27/20 | Credit Card | AmEx 02002 | Uber Trip | $9.04 |
| 12/25/20 | Credit Card | AmEx 02002 | Amazon Mktp US | $10.07 |
| 12/25/20 | Credit Card | AmEx 02002 | amazon.com | $23.15 |
| 12/24/20 | Credit Card | AmEx 02002 | amazon.com | $23.15 |

| TABLE B-1: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE NOT INCLUDED IN ABOVE TOTALS | | | | |
|---|---|---|---|---|
| 12/20/20 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 12/16/20 | Credit Card | AmEx 02002 | Amazon Mktp US | $25.42 |
| 12/15/20 | Credit Card | AmEx 02002 | amazon.com | $39.90 |
| 12/13/20 | Credit Card | AmEx 02002 | apple.com | $17.98 |
| 12/13/20 | Credit Card | AmEx 02002 | Uber Trip | $8.43 |
| 12/13/20 | Credit Card | AmEx 02002 | Uber Trip | $9.97 |
| 12/8/20 | Credit Card | AmEx 02002 | Uber Trip | $13.43 |
| 12/8/20 | Credit Card | AmEx 02002 | Uber Trip | $23.81 |
| 12/7/20 | Credit Card | AmEx 02002 | Amazon Mktp US | $23.65 |
| 12/7/20 | Credit Card | AmEx 02002 | Uber Trip | $12.22 |
| 12/6/20 | Credit Card | AmEx 02002 | Uber Trip | $12.01 |
| 12/2/20 | Credit Card | AmEx 02002 | apple.com | $2.99 |
| 11/22/20 | Credit Card | AmEx 02002 | Uber Trip | $11.12 |
| 11/22/20 | Credit Card | AmEx 02002 | Uber Trip | $14.37 |
| 11/22/20 | Credit Card | AmEx 02002 | Uber Trip | $12.54 |
| 11/20/20 | Credit Card | AmEx 02002 | apple.com | $16.98 |
| 11/18/20 | Credit Card | AmEx 02002 | apple.com | $0.99 |
| 11/17/20 | Credit Card | AmEx 02002 | Uber Trip | $13.62 |
| 11/16/20 | Credit Card | AmEx 02002 | Uber Trip | $13.88 |
| **TOTAL:** | | | | **$4,350.56** |
| **TOTAL FOR TABLES A-1 AND B-1:** | | | | **$14,568.47** |