**APPENDIX B**

**APPENDIX B: AVOIDABLE TRANSFERS RELATING TO THE M20K AIRCRAFT**

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| CREDIT CARD PURCHASES | | | | |
| 5/14/22 | Credit Card | AmEx 02002 | Foreflight, LLC | $439.02 |
| 11/8/21 | Credit Card | AmEx 02002 | Air Power | $1,890.00 |
| 9/4/21 | Credit Card | AmEx 02002 | Skyport Services | $98.09 |
| 9/3/21 | Credit Card | AmEx 02002 | Aircraft Owners and Pilot | $189.00 |
| 8/28/21 | Credit Card | Capital One 8764 | CPO Commerce, LLC | $684.96 |
| 8/17/21 | Credit Card | AmEx 02002 | DC Metro Aviation Services (Gaithersburg, MD) | $252.78 |
| 8/16/21 | Credit Card | AmEx 02002 | Amazon Mktp US | $40.26 |
| 6/10/21 | Credit Card | BofA 9400 | Aerox Aviation Oxygen | $339.86 |
| 5/25/21 | Credit Card | AmEx 02002 | Seven Rivers Aviation, LLC (Georgetown, SC) | $688.80 |
| 5/24/21 | Credit Card | AmEx 02002 | Banyan Air Service (Ft. Lauderdale, FL) | $50.79 |
| 5/23/21 | Credit Card | AmEx 02002 | Seven Rivers Aviation, LLC (Georgetown, SC) | $189.23 |
| 5/14/21 | Credit Card | AmEx 02002 | Foreflight, LLC | $399.01 |
| 4/29/21 | Credit Card | AmEx 02002 | Banyan Air Service (Ft. Lauderdale, FL) | $460.10 |
| Subtotal: | | | | $3,831.90 |
| BANK ACCOUNT PURCHASES, PAYMENTS AND CHECKS | | | | |
| 3/23/22 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 2/23/22 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 2/10/22 | Check #12329 | BofA 3252 | US Aircraft Insurance | $194.00 |
| 1/24/22 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 12/29/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE ||||| 
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| **BANK ACCOUNT PURCHASES, PAYMENTS AND CHECKS** |||||
| 12/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 12/1/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 11/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 10/28/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 10/25/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 9/28/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 9/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 8/31/21 or 9/7/21 | bill.com | BofA 3252 | US Aircraft Finance | $647.03 |
| 8/30/21 | Check #12289 | BofA 3252 | US Aircraft Insurance | $2,143.00 |
| 8/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 8/4/21 | Check #12270 | BofA 3252 | US Aircraft Finance | $647.03 |
| 7/26/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 7/6/21 | Check #12241 | BofA 3252 | US Aircraft Finance | $647.03 |
| 6/23/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 6/1/21 | Check #12221 | BofA 3252 | US Aircraft Finance | $647.03 |
| 5/24/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 5/3/21 | Check #12200 | BofA 3252 | US Aircraft Finance | $647.03 |
| **Subtotal:** | | | | **$14,914.27** |

| TABLE A: 2-YEAR PERIOD PRIOR TO PETITION DATE |||||
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| BANK ACCOUNT TRANSFERS |||||
| 5/19/21 | Customer Withdrawal Image | BofA 3252 | Benjamin Srigley ("Other Operating Expenses: Auto/Truck: M20K Repair & Maintenance") | $11,945.52 |
| **Subtotal:** | | | | **$11,945.52** |
| **TOTAL:** | | | | **$30,691.69** |

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|---|---|---|---|---|
| **TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE** | | | | |
| **CREDIT CARD PURCHASES** | | | | |
| 3/23/21 | Credit Card | AmEx 02002 | Seven Rivers Aviation, LLC (Georgetown, SC) | $201.20 |
| 3/10/21 | Credit Card | AmEx 02002 | Aircraft Spruce | $345.15 |
| **Subtotal:** | | | | **$546.35** |
| **BANK ACCOUNT PURCHASES, PAYMENTS AND CHECKS** | | | | |
| 4/2/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $1,534.87 |
| 3/29/21 | Check #12181 | BofA 3252 | US Aircraft Finance | $647.03 |
| 3/26/21 | Zelle Transfer | BofA 3252 | Gashaw Mengistu ("Pilot Proficiency") | $150.00 |
| 3/1/21 | Check #12159 | BofA 3252 | US Aircraft Finance | $647.03 |
| 2/19/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $684.80 |
| 2/8/21 | Check #12150 | BofA 3252 | US Aircraft Finance | $647.03 |
| 1/25/21 | Zelle Transfer | BofA 3252 | Gashaw Mengistu ("Pilot Proficiency") | $100.00 |
| 1/19/21 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 1/11/21 | Check #12140 | BofA 3252 | RPM Aircraft Service | $412.81 |
| 1/6/21 | Check #12144 | BofA 3252 | US Aircraft Finance | $647.03 |
| 12/21/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 12/7/20 | Check #12128 | BofA 3252 | US Aircraft Finance | $647.03 |
| 11/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $788.05 |
| 11/3/20 | Check #12124 | BofA 3252 | US Aircraft Finance | $647.03 |

4

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE |

| Date | Payment Type | Account | Vendor/Recipient | Amount |
|---|---|---|---|---|
| 10/20/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 10/5/20 | Check #11733 | BofA 3252 | US Aircraft Finance | $647.03 |
| 9/21/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 9/3/20 | Check #12116 | BofA 3252 | US Aircraft Finance | $647.03 |
| 9/3/20 | Check #12114 | BofA 3252 | US Aircraft Insurance | $2,183.00 |
| 8/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 8/3/20 | Check #11708 | BofA 3252 | US Aircraft Finance | $647.03 |
| 7/20/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $734.78 |
| 7/6/20 | Check #11693 | BofA 3252 | US Aircraft Finance | $647.03 |
| 6/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 6/8/20 | Check #11672 | BofA 3252 | US Aircraft Finance | $647.03 |
| 5/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 5/4/20 | Check #11652 | BofA 3252 | US Aircraft Finance | $647.03 |
| 4/20/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 4/2/20 | Check #11642 | BofA 3252 | US Aircraft Finance | $647.03 |
| 3/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $614.00 |
| 3/2/20 | Check #11626 | BofA 3252 | US Aircraft Finance | $647.03 |
| 2/19/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $760.10 |

| TABLE B: PERIOD BETWEEN 2 AND 4-YEARS PRIOR TO PETITION DATE | | | | |
|---|---|---|---|---|
| Date | Payment Type | Account | Vendor/Recipient | Amount |
| 2/3/20 | Check #11617 | BofA 3252 | US Aircraft Finance | $647.03 |
| 1/21/20 | Bill Payment | BofA 3252 | Synchrony Bank (Phillips 66 Account) | $889.42 |
| 1/9/20 | Check #11599 | BofA 3252 | US Aircraft Finance | $647.03 |
| Subtotal: | | | | $24,116.31 |
| | | | | |
| TOTAL: | | | | $24,662.66 |
| TOTAL FOR TABLES A AND B: | | | | $55,354.35 |