# APPENDIX C

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE  44          BUSINESS CODE  20

# W18231894

Close _____     Stock _____     Nonstock _____

P.A. _____     Religious _____

Merging/Converting _____

_____

_____

_____

Surviving/Resulting _____

_____

_____

_____

```
1000362014123261

ID # W18231894 ACK # 1000362014123261
PAGES: 0002
SRIGLEY DEVELOPMENT COMPANY, LLC

05/02/2023  AT 02:13 P WO # 0005160551
```

New Name _____

_____

_____

FEES REMITTED

| | |
|---|---|
| Base Fee: | _____ |
| Org. & Cap. Fee: | _____ |
| Expedite Fee: | _____ |
| Penalty: | _____ |
| State Recordation Tax: | _____ |
| State Transfer Tax: | _____ |
| Certified Copies | _____ |
| Copy Fee: | _____ |
| Certificates | _____ |
| Certificate of Status Fee: | _____ |
| Personal Property Filings: | _____ |
| NP Fund: | _____ |
| Other: | _____ |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
_____ and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name
_____

_____ Other Change(s)
_____
_____

TOTAL FEES: _____

Credit Card _____   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: _____ 15

Keyed By: _____

COMMENT(S):

Code _____

Attention: _____

Mail: Names and Address

```
SRIGLEY DEVELOPMENT COMPANY, LLC
2214 DISTRIBUTION CIR
SILVER SPRING MD 20910-1259
```

**Stamp Work Order and Customer Number HERE**

```
CUST ID:0003843876
WORK ORDER:0005160551
DATE:05-03-2023 12:54 PM
AMT. PAID:$0.00
```

## ARTICLES OF CANCELLATION

The undersigned, with the intention of terminating a Maryland Limited Liability Company, files the following Articles of Cancellation:

**1. The name of the Limited Liability Company is:**

SRIGLEY DEVELOPMENT COMPANY, LLC

**1a. The SDAT ID Number (if known) is:**
W18231894

**2. The address of the Limited Liability Company in Maryland is:**
2214 DISTRIBUTION CIRCLE

SILVER SPRING, MD 20910

**3. The name of a Maryland resident who shall serve for one year after termination is:** BENJAMIN R SRIGLEY

**4. The address of the Resident Agent in Maryland is:**
4440 WILLARD AVE APT 813

CHEVY CHASE, MD 20815

**5. The name AND address of each member designated to wind up the affairs of the company are:**

| | | |
|---|---|---|
| CYNTHIA SRIGLEY | 203 FISHBURNE ST APT A | CHARLESTON, SC 29403 |
| | | |
| | | |
| | | |

**_OR_, if no member was so designated, the names AND addresses of all members are:**

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. The Limited Liability Company is terminated.**

**7. Please check one of the following:**
✓ The LLC has no known creditor(s).
   A notice of termination of this LLC was sent to creditors via certified mail on the following date:_____.

8. _Benjamin R Srigley, member_

_____
**Signature(s) of Authorized Person(s)**

9. _____
**Signature of Resident Agent**

CUST ID:0003943976
WORK ORDER:0005160551
DATE:05-03-2023 12:54 PM
AMT. PAID:$0.00

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION
SDAT_Charter_Articles of Cancellation LLC



## Business Home

### SRIGLEY DEVELOPMENT COMPANY, LLC: W18231894

General Information | Filing History | Annual Report/Personal Property

## General Information

**Department ID Number:** W18231894

**Business Name:** SRIGLEY DEVELOPMENT COMPANY, LLC

**Principal Office:** 2214 DISTRIBUTION CIRCLE
SILVER SPRING MD 20910

**Resident Agent:** BENJAMIN R SRIGLEY
4440 WILLARD AVE
APT 813
CHEVY CHASE MD 20815

**Status:** DISSOLVED

**Good Standing:** NOT APPLICABLE, ENTITY or REGISTRATION HAS BEEN
TERMINATED

**Business Type:** DOMESTIC LLC

**Business Code:** 20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/Registration:** 08/28/2017

**State of Formation:** MD

**Stock Status:** N/A

**Close Status:** N/A



# Business Home

## SRIGLEY DEVELOPMENT COMPANY, LLC: W18231894

General Information | Filing History | Annual Report or Personal Property

### Filing History

The items listed below are associated with this business.

⊕ – Click to view/print PDF (note: some items may not be available to view)
⊕ – Click to view comment associated with this item

| Item | Date/Time Filed | Film | Folio | Pages |
|------|-----------------|------|-------|-------|
| ⊕ ARTICLES OF CANCELLATION | 5/2/2023 2:13:00 PM | | | 2 |
| ⊕ RESOLUTION | 8/11/2020 5:45:00 PM | | | 2 |
| ⊕ ARTICLES OF ORGANIZATION | 8/28/2017 1:14:00 PM | | | 1 |

Q New Search    Order Documents

1/19/22, 3:15 AM

Touchstone Remodelers

**BOA Platinum Checking (3252), Period Ending 12/31/2021**

**RECONCILIATION REPORT**

Reconciled on: 01/19/2022

Reconciled by: Gohar Sahakyan

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 57,760.24 |
| Checks and payments cleared (40) | -65,966.55 |
| Deposits and other credits cleared (8) | 22,268.78 |
| Statement ending balance | 14,062.47 |
| | |
| Uncleared transactions as of 12/31/2021 | -6.64 |
| Register balance as of 12/31/2021 | 14,055.83 |
| Cleared transactions after 12/31/2021 | 0.00 |
| Uncleared transactions after 12/31/2021 | -2,357.38 |
| Register balance as of 01/19/2022 | 11,698.45 |

**Details**

Checks and payments cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2021 | Payroll Check | | *Carlos E. Mendoza | -6.64 |
| 11/15/2021 | Tax Payment | | DC DOES | -50.19 |
| 12/01/2021 | Journal | | | -647.03 |
| 12/01/2021 | Expense | | RY CPAs | -1,500.00 |
| 12/03/2021 | Expense | | QuickBooks Payments | -10.00 |
| 12/03/2021 | Expense | | Verizon Wireless | -55.89 |
| 12/06/2021 | Expense | | QuickBooks Payments | -2.52 |
| 12/06/2021 | Credit Card Payment | | Bank of America | -18,401.89 |
| 12/06/2021 | Credit Card Payment | | Capital One | -148.00 |
| 12/07/2021 | Expense | | | -15.00 |
| 12/07/2021 | Expense | | Paypal | -100.00 |
| 12/07/2021 | Expense | | Pepco | -80.42 |
| 12/08/2021 | Expense | | Quality Window & Door, Inc. | -519.40 |
| 12/08/2021 | Expense | | Ben Srigley | -4,400.00 |
| 12/09/2021 | Expense | | Erie Insurance | -243.75 |
| 12/09/2021 | Expense | | Erie Insurance | -344.37 |
| 12/09/2021 | Tax Payment | | Office of Family Paid Leave | -10.73 |
| 12/10/2021 | Payroll Check | DD | Jennifer C. Doss | -1,557.96 |
| 12/10/2021 | Tax Payment | | IRS | -4,280.93 |
| 12/10/2021 | Expense | | M Electrical LLC | -500.00 |
| 12/10/2021 | Transfer | | | -3,300.00 |
| 12/10/2021 | Expense | | | -17.17 |
| 12/10/2021 | Expense | | Strosniders Hardware | -34.02 |
| 12/10/2021 | Expense | | Dc Treasurer | -78.60 |
| 12/10/2021 | Tax Payment | | Comptroller of Maryland | -681.93 |
| 12/13/2021 | Expense | | ESSP | -261.00 |
| 12/17/2021 | Transfer | | | -188.50 |
| 12/17/2021 | Transfer | | | -17,076.04 |
| 12/20/2021 | Expense | | Linkedin | -31.79 |
| 12/21/2021 | Expense | | Washington Gas | -16.16 |
| 12/21/2021 | Tax Payment | | VA Department of Taxation | -261.06 |
| 12/22/2021 | Transfer | | | -420.00 |
| 12/22/2021 | Expense | | Bill.com | -86.67 |
| 12/23/2021 | Transfer | | | -614.00 |
| 12/24/2021 | Transfer | | | -3,300.00 |
| 12/24/2021 | Expense | | Builders Mutual | -1,404.17 |
| 12/24/2021 | Payroll Check | DD | Jennifer C. Doss | -1,877.50 |
| 12/26/2021 | Expense | | QuickBooks Payments | -10.00 |
| 12/29/2021 | Journal | | | -3,021.46 |

1/19/22, 3:15 AM

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/31/2021 | Transfer | | | -411.76 |

| Total | | | | -65,966.55 |
|---|---|---|---|---|

**Deposits and other credits cleared (8)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/03/2021 | Deposit | | Walter and Alicia Bowen:Bow... | 1,025.10 |
| 12/06/2021 | Deposit | | David Palacios:Palacios Resi... | 252.08 |
| 12/08/2021 | Check | | Srigley, Ben | 0.00 |
| 12/10/2021 | Expense | | Dc Treasurer | 10.73 |
| 12/17/2021 | Transfer | | | 17,076.04 |
| 12/17/2021 | Deposit | | Anne Stom & Lyn Stoesen:Sto... | 2,000.00 |
| 12/26/2021 | Deposit | | John and Tara Eliason:Eliason... | 1,848.00 |
| 12/31/2021 | Journal | GS01182022-02 | | 56.83 |

| Total | | | | 22,268.78 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 12/31/2021

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2021 | Check | 12288 | *Carlos E. Mendoza | -6.64 |

| Total | | | | -6.64 |
|---|---|---|---|---|

**Uncleared checks and payments after 12/31/2021**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/03/2022 | Expense | | Verizon Wireless | -55.89 |
| 01/03/2022 | Expense | | RY CPAs | -1,500.00 |
| 01/05/2022 | Transfer | | | -155.00 |
| 01/05/2022 | Expense | | Pepco | -78.40 |
| 01/06/2022 | Check | 12326 | Kossow Management Corpor... | -118.72 |
| 01/06/2022 | Tax Payment | | Office of Family Paid Leave | -66.05 |
| 01/06/2022 | Tax Payment | | DC DOES | -210.81 |
| 01/06/2022 | Transfer | | | -3,458.09 |
| 01/07/2022 | Expense | | Mr. T's Contracting LLC | -400.00 |
| 01/07/2022 | Payroll Check | DD | Jennifer C. Doss | -1,560.05 |
| 01/07/2022 | Transfer | | | -3,300.00 |
| 01/10/2022 | Tax Payment | | IRS | -1,143.21 |
| 01/10/2022 | Expense | | Erie Insurance | -344.33 |
| 01/10/2022 | Expense | | Erie Insurance | -243.75 |
| 01/10/2022 | Expense | | ESSP | -57.56 |
| 01/10/2022 | Tax Payment | | IRS | -275.21 |
| 01/10/2022 | Tax Payment | | Dc Treasurer | -751.18 |
| 01/10/2022 | Expense | | Dc Treasurer | -81.55 |
| 01/10/2022 | Expense | | QuickBooks Payments | -10.00 |
| 01/12/2022 | Check | 12328 | Ana L Barillas | -150.00 |
| 01/12/2022 | Check | 12327 | Iron Thor Welding | -1,540.00 |
| 01/13/2022 | Expense | | Paypal | -1.05 |
| 01/14/2022 | Tax Payment | | IRS | -478.33 |
| 01/21/2022 | Payroll Check | DD | Jennifer C. Doss | -1,560.05 |

| Total | | | | -17,539.23 |
|---|---|---|---|---|

**Uncleared deposits and other credits after 12/31/2021**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/06/2022 | Deposit | | Anne Stom & Lyn Stoesen:Sto... | 500.00 |
| 01/10/2022 | Journal | GS01182022-01 | | 66.05 |
| 01/10/2022 | Tax Payment | | VA Department of Taxation | 0.00 |

1/19/22, 3:15 AM

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 01/10/2022 | Tax Payment | | Comptroller of Maryland | 0.00 |
| 01/10/2022 | Deposit | | John and Tara Eliason:Eliason… | 4,115.80 |
| 01/11/2022 | Deposit | | | 10,000.00 |
| 01/12/2022 | Deposit | | Anne Storn & Lyn Stoesen:Sto… | 500.00 |
| Total | | | | 15,181.85 |

2/10/22, 5:42 PM                                                        about:blank

Touchstone Remodelers

**BOA Platinum Checking (3252), Period Ending 01/31/2022**

**RECONCILIATION REPORT**

Reconciled on: 02/10/2022

Reconciled by: Antoinet Haserjian

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 14,062.47 |
| Checks and payments cleared (33) | -64,135.87 |
| Deposits and other credits cleared (9) | 60,392.66 |
| Statement ending balance | 10,319.26 |
| | |
| Uncleared transactions of 01/31/2022 | -350.64 |
| Register balance as of 01/31/2022 | 9,968.62 |
| Cleared transactions after 01/31/2022 | 0.00 |
| Uncleared transactions after 01/31/2022 | -9,134.53 |
| Register balance as of 02/10/2022 | 834.09 |

**Details**

**Checks and payments cleared (33)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/03/2022 | Expense | | RY CPAs | -1,500.00 |
| 01/03/2022 | Expense | | Verizon Wireless | -55.89 |
| 01/05/2022 | Expense | | Pepco | -78.40 |
| 01/05/2022 | Transfer | | | -155.00 |
| 01/06/2022 | Check | 12326 | Kossow Management Corporation | -118.72 |
| 01/06/2022 | Transfer | | | -3,458.09 |
| 01/06/2022 | Tax Payment | | DC DOES | -210.81 |
| 01/06/2022 | Tax Payment | | Office of Family Paid Leave | -66.05 |
| 01/07/2022 | Expense | | Mr. T's Contracting LLC | -400.00 |
| 01/07/2022 | Payroll Check | DD | Jennifer C. Doss | -1,560.05 |
| 01/07/2022 | Transfer | | | -3,300.00 |
| 01/10/2022 | Expense | | Dc Treasurer | -61.65 |
| 01/10/2022 | Expense | | Erie Insurance | -344.33 |
| 01/10/2022 | Expense | | ESSP | -57.56 |
| 01/10/2022 | Expense | | Erie Insurance | -243.75 |
| 01/10/2022 | Expense | | QuickBooks Payments | -10.00 |
| 01/10/2022 | Tax Payment | | IRS | -1,143.21 |
| 01/10/2022 | Tax Payment | | IRS | -275.21 |
| 01/10/2022 | Tax Payment | | Dc Treasurer | -751.18 |
| 01/12/2022 | Check | 12327 | Iron Thor Welding | -1,540.00 |
| 01/13/2022 | Expense | | Paypal | -1.05 |
| 01/14/2022 | Tax Payment | | IRS | -478.33 |
| 01/18/2022 | Expense | | Linkedin | -31.79 |
| 01/21/2022 | Transfer | | | -3,300.00 |
| 01/21/2022 | Payroll Check | DD | Jennifer C. Doss | -1,560.05 |
| 01/24/2022 | Expense | | Ben Srigley | -40,000.00 |
| 01/24/2022 | Transfer | | | -614.00 |
| 01/24/2022 | Expense | | Bill.com | -83.09 |
| 01/24/2022 | Expense | | Washington Gas | -2.28 |
| 01/24/2022 | Transfer | | | -433.00 |
| 01/26/2022 | Expense | | Builders Mutual | -1,404.17 |
| 01/26/2022 | Tax Payment | | IRS | -478.33 |
| 01/31/2022 | Expense | | RY CPAs | -400.00 |
| **Total** | | | | **-64,135.87** |

**Deposits and other credits cleared (9)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/08/2022 | Deposit | | Anne Stom & Lyn Stoesen:Stom-Stoesen R... | 500.00 |
| 01/10/2022 | Deposit | | John and Tara Eliason:Eliason Residence | 4,115.80 |
| 01/10/2022 | Tax Payment | | VA Department of Taxation | 0.00 |
| 01/10/2022 | Tax Payment | | Comptroller of Maryland | 0.00 |
| 01/10/2022 | Journal | GS01182022-01 | | 66.05 |
| 01/11/2022 | Deposit | | | 10,000.00 |
| 01/12/2022 | Deposit | | Anne Stom & Lyn Stoesen:Stom-Stoesen R... | 500.00 |
| 01/21/2022 | Deposit | | | 45,000.00 |
| 01/31/2022 | Journal | AH-02102022-03 | | 210.81 |
| **Total** | | | | **60,392.66** |

**Additional Information**

**Uncleared checks and payments as of 01/31/2022**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2021 | Check | 12288 | *Carlos E. Mendoza | -6.64 |
| 01/12/2022 | Check | 12328 | Ana L Barillas | -150.00 |
| 01/27/2022 | Check | 12329 | US Aircraft Insurance | -194.00 |
| **Total** | | | | **-350.64** |

**Uncleared checks and payments after 01/31/2022**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2022 | Journal | | | -2,566.84 |
| 02/02/2022 | Expense | | RY CPAs | -1,500.00 |

about:blank                                                                    1/2

2/10/22, 5:42 PM                                              about:blank

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 02/04/2022 | Payroll Check | DD | Jennifer C. Doss | -1,590.05 |
| 02/06/2022 | Expense | | Capital One | -168.00 |
| 02/07/2022 | Credit Card Payment | | American Express | -3,339.84 |
| Total | | | | -9,134.53 |

**Touchstone Remodelers LLC's Damages**

### Damages

Touchstone Remodelers' Counterclaim document (**R20**) lists a total of $992,471 in expenses, overhead, and damages applicable to the Bandi Residence property and resulting from the Bandis' failure to meet their contractual obligations on the home renovation contract. The Bandis paid an undisputed total of $645,694 toward the project, resulting in a damages claim of $346,777 for Touchstone Remodelers. Appendix IX (**R20**) provides justification for project expenses, overhead, and damages. Touchstone provided proof of payment for these expenses in its 6/13/22 response to the Bandis' request for additional documentation.

Touchstone has revised its damages claim based on the Bandis' expert report (**R155**) and discussions held during the arbitration hearing (**Table 1**). Touchstone reduced the direct costs for Employee Labor to $44,329, as Mr. McHale correctly noted that we included general liability and worker's compensation insurance rates in both overhead and burdened employee labor rates. We reduced the Lost Profits on Project claim to $76,211.32, which was the original expected profit in our 3/13/21 estimate (see response to interrogatory # 10; **R23**). Overhead expenses remain unchanged, and the COO salary is considered additional costs incurred. The excess work required to move forward design discussions on the Bandi Residence project necessitated that Cynthia Srigley resign from her career at the FDA (**R8, R9, R10**) and assume the role of Chief Operations Officer (COO) at Touchstone Remodelers.

Touchstone's damages claim now includes costs for arbitration fees, costs and miscellaneous expenses, and time dedicated by CEO, Benjamin Srigley, and COO, Cynthia Srigley, in defending against the Bandis' wrongful claims and delivery of Touchstone's counterclaim. If the arbitrator believes that the Bandis have wrongfully performed on their contractual obligations, then Touchstone Remodelers is entitled to these damages.

**Table 1. Total Expenses, Overhead, and Damages Applicable to the Property**

| Category | Description | Amount |
|---|---|---|
| Employee Labor | Timesheets | $44,329.00 |
| Subcontractor Labor | Paid subcontractor bills | $199,854.00 |
| Professional Services | Inspections, engineering, etc. | $11,125.00 |
| Job Materials | Paid vendor bills | $131,735.00 |
| Overhead | Indirect expenses and labor | $106,096.00 |
| Additional Costs Incurred | Design fees (**R6**) | $16,065.00 |
| Lost Profits on Project | Original estimate of 9% of contract amount | $76,211.32 |
| Arbitration Fees | Initial filing and final fee | $7,500.00 |
| Arbitrator Costs | T.Mitchell email (3/7/21) | $16,712.50 |
| Arbitration Miscellaneous expenses | Lunch, parking, dry cleaning | $403.10 |
| Arbitration Preparation | Hourly rates for CEO and COO | $111,975.00 |
| Attorney Fees | | $4,207.95 |
| Employee Replacement Costs | | $218,886.00 |
| Lost Opportunity | | $47,371.13 |

| | | |
|---|---|---|
| Total Expenses, Overhead, and Damages | | $992,471.00 |
| Bandis' Payments on Project | | -$645,694.00 |
| **Touchstone Remodelers' Damages** | | **$346,777.00** |

**Table 2.** Arbitration Preparation Effort[1]

| Category | Hours C.Srigley | Hours B.Srigley | Amount |
|---|---|---|---|
| Demand for Arbitration | 5 | 5 | $3,000.00 |
| Counterclaim | 90 | 10 | $24,000.00 |
| Preliminary Hearing Conference Call (3/2/22) | 3 | 3 | $1,800.00 |
| Document Request | 40 | 10 | $12,750.00 |
| Document Request Extension | 16 | 2 | $4,350.00 |
| Additional Document Request (6/13/22) | 16 | 4 | $5,100.00 |
| Preliminary Witness List | 1 | 1 | $600.00 |
| Interrogatories | 20 | 4 | $6,000.00 |
| Status Call (5/16/22) | 2 | 2 | $1,200.00 |
| 2nd Status Call (6/6/22) | 2 | 2 | $1,200.00 |
| Exchange of Exhibits | 12 | 3 | $3,825.00 |
| Arbitration Hearing | 32 | 32 | $19,200.00 |
| Arbitration Hearing Preparation | 36 | 36 | $21,600.00 |
| Post-Hearing | 16 | 10 | $7,350.00 |
| | **Total Hours** | | **$111,975.00** |

[1]Hourly rates: C.Srigley, $225; B.Srigley $375

**Alternate Resolution**

Touchstone Remodelers is putting forward an alternate resolution to AAA Case No. 01-21-0018-1548. The Bandi Residence project still requires significant design work and many months ahead of construction. The Bandis mentioned that they are in a "permanent solution" regarding their housing arrangement. Therefore, Touchstone would like to make a cash offer on the property, which would allow the Bandis to walk away from the property and the stress associated with completing the project. To do so, Touchstone would require a inspection to confirm conditions of the property (based on 11/1/21 status), and engagement with an attorney for negotiations related to property acquisition.

**Conclusion**

Touchstone Remodelers has suffered significant damages due to the Bandis' non-performance on the home renovation contract for the project at 3606 Chesapeake St NW, Washington, DC 20008. While direct damages are quantifiable, irreparable damage to the company's core team and productivity is indeterminable. The effort put forth by the Touchstone team on the project was far above and beyond typical contractor obligations, and it disrupted sales and company growth efforts. Furthermore, loss of the company's COO and Senior Project Manager permanently changed the composition and spirit of the company. We hope that our claims be heard and considered in light of the Bandis' reckless disregard for the project timeline and design requirements.

Aircraft Purchase/Sales Agreement

THIS AGREEMENT, is entered into this 22 day of February 2022, by and between Srigley Development Company, LLC, (the "Seller"), an LLC whose principal address is 2214 Distribution Circle, Silver Spring MD 20910; and N233JB LLC (the "Seller"), an LLC whose principal address is 6237 Walhonding rd, Bethesda MD 20816:

IN WITNESS WHEREOF, in consideration of the premises, the mutual covenants contained herein, and other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties do hereby agree as follows:

1.  Sale of Aircraft. Seller agrees to sell to Buyer and Buyer agrees to purchase from Seller the following Aircraft (the "Aircraft"):

| | |
|---|---|
| Aircraft Make | Mooney |
| Aircraft Model | M20K '231' |
| Aircraft Year | 1981 |
| Aircraft Registration Number | N233JB |
| Aircraft Serial Number | 25-0598 |

Aircraft shall be equipped as follows                As Specified in Logs and Operating Handbook

Seller warrants that it holds legal title to the Aircraft and that title will be transferred to Buyer free and clear of any liens, claims, charges, or encumbrances. Upon delivery of the Aircraft and payment of the balance of the purchase price, in accordance with this Agreement, Seller shall execute a bill of sale granting good and marketable title to the Aircraft.

2.  Consideration. It is agreed that the price of the Aircraft is One Hundred Twenty One Thousand Eight Hundred Thirty Seven Dollars and Fifty Nine Cents ($121,837.59) and is due on delivery of the Aircraft. All monies paid in accordance with this Agreement will be made by cash, wire transfer or equivalent.

3.  Escrow. It is agreed that no Escrow account will be established between Buyer and Seller.

4.  Deposit. Buyer will remit full purchase price within 2 days of this Sales Agreement

5.  Pre-Purchase Inspection. No Aircraft pre-purchase inspection is required as part of this Sales Agreement.

6.  Aircraft Delivery. It is agreed that the Aircraft and its logbooks shall be delivered receipt of payment unless the date is extended by mutual agreement of the parties. Payment in full, as described above, is a condition of delivery. Title and risk of loss or damage to the Aircraft shall pass to Buyer at the time of delivery. The Aircraft will be delivered to Buyer in its present condition, normal wear and tear excepted, with a valid FAA Certificate of Airworthiness.

7.  Warranties. Except as provided otherwise in this agreement, this Aircraft is sold "as is." There are no warranties, either express or implied with respect to merchantability or fitness applicable to the Aircraft or any equipment applicable thereto including warranties as to the accuracy of the Aircraft's logbooks, made by Seller. Buyer agrees that no warranty has been expressed or implied by Seller and that Buyer has inspected the Aircraft and understands that it is being purchased "as is." Buyer hereby expressly waives any claim for incidental or consequential damages, including damages resulting in personal injury against Seller. Seller warrants that: (a) the Aircraft is in airworthy condition; (b) the Aircraft has a current annual inspection; (c) the Aircraft has a currently effective Standard Category

airworthiness certificate issued by the Federal Aviation Administration; (d) all of the Aircraft's logbooks are known to be accurate and current; (e) all applicable Airworthiness Directives have been complied with.

8.  Seller's Inability to Perform.

(a)  If the Aircraft is destroyed or in Seller's opinion damaged beyond repair, or is seized by the United States Government, Seller shall promptly notify Buyer. On receipt of such notification, this Agreement will be terminated and the Seller shall return to Buyer all payments made in accordance with this Agreement, and Seller will be relieved of any obligation to replace or repair the Aircraft.

(b)  Seller will not be responsible or deemed to be in default for delays in performance of this Agreement due to causes beyond Seller's control and not caused by Seller's fault or negligence.

9.  Buyer's Inability to Perform. If, for any reason, the Buyer is unable to pay the purchase price of the Aircraft, as specified in this Agreement, the Seller shall return all payments to the Buyer except for the deposit.

10.  Taxes. The Buyer shall pay any sales or use tax imposed by a state or local government, which results from the sale of the Aircraft.

11.  Assignment. This Agreement may not be transferred or assigned without written authorization signed by Seller and Buyer other than Buyer may assign the Agreement to a legal entity owned by Buyer.

12.  Notice. All notices and requests required or authorized under this Agreement shall be given in writing by certified mail, return receipt requested. The date on which any such notice is received by the addressee shall be deemed the date of notice.

13.  Governing Law. This Agreement is a contract executed under and to be construed under the laws of the State of Maryland.

14.  Attorney Fees. In the event any action is filed in relation to this Agreement, each party shall be responsible for his/her/its own attorney's fees.

15.  Waiver. Either party's failure to enforce any provision of this Agreement against the other party shall not be construed as a waiver thereof so as to excuse the other party from future performance of that provision or any other provision.

16.  Severability. The invalidity of any portion of the Agreement shall not affect the validity of the remaining portions thereof.

17.  Paragraph Headings. The headings to the paragraphs to this Agreement are solely for convenience and have no substantive effect on the Agreement nor are they to aid in the interpretation of the Agreement.

18. Entire Agreement. This Agreement constitutes the entire Agreement between the parties. No statements, promises, or inducements made by any party to this Agreement, or any agent or employees of either party, which are not contained in this written contract shall be valid or binding. This Agreement may not be enlarged, modified, or altered except in writing signed by the parties.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the day and year first above

Srigley Development Company LLC    member, SRIGLEY DEVELOPMENT COMPANY LLC
SELLER

N233JB LLC    member, N233JB LLC
BUYER

_____
Notary

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

OMB Control No. 2120-0042
Exp. 03/31/2024

## AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $                THE
UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND
BENEFICIAL TITLE OF THE AIRCRAFT  DESCRIBED
AS FOLLOWS:

UNITED STATES
REGISTRATION NUMBER **N 233JB**

AIRCRAFT MANUFACTURER & MODEL
MOONEY AIRCRAFT CORP M20K

AIRCRAFT SERIAL NO.
25-0598

DOES THIS _____ DAY OF FEBRUARY 2022
HEREBY SELL, GRANT, TRANSFER AND
DELIVER ALL RIGHTS, TITLE, AND INTERESTS
IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

N233JB LLC
6237 WALHONDING RD
BETHESDA MD. 20816

DEALER CERTIFICATE NUMBER

AND TO ITS SUCCESORS    EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD
SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF I HAVE SET MY HAND AND SEAL THIS 22nd DAY OF FEBRUARY 2022

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| ERIDLEY Development Company, LLC | R. M. | member |
| | | |
| | | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR
VALIDITY OF THE INSTRUMENT.)

ORIGINAL:  TO FAA:
AC Form 8050-2 (04/21)

UNITED STATES OF AMERICA -- DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION -- MIKE MONRONEY AERONAUTICAL CENTER

OMB Control No. 2120-0042
Collection Expires 03/31/2024

**AIRCRAFT REGISTRATION APPLICATION**

| 1) | UNITED STATES REGISTRATION NUMBER | N 253 JB | 4) TYPE OF REGISTRATION (Check one box.) | ☐ 1. Individual |
|---|---|---|---|---|
| | | | | ☐ 2. Partnership |
| 2) | AIRCRAFT MANUFACTURER AND MODEL | Mooney Aircraft Corp. M20 K | | ☐ 3. Corporation |
| | | | | ☐ 4. Co-Owner |
| 3) | AIRCRAFT SERIAL NUMBER | 25-0598 | | ☐ 5. Government |
| | | | | ☒ 7. Limited Liability Company (LLC) |
| | | | | ☐ 8. Non-Citizen Corporation |
| | | | | ☐ 9. Non-Citizen Corporation Co-Owner |

5) NAME(S) OF APPLICANT(S) [Person(s) shown on evidence of ownership. If individual, give last name, first name and middle initial.]

N 253 JB LLC

6) TELEPHONE NUMBER: (202) 679 6600

7) MAILING ADDRESS (Permanent mailing address for first applicant on list.)

NUMBER AND STREET: 6237 Walhonding Rd

RURAL ROUTE: _____ P.O. BOX _____

CITY: Bethesda STATE: MD ZIP: 20816

8) PHYSICAL ADDRESS/LOCATION IF PO BOX, MAIL DROP OR RURAL ROUTE BOX USED FOR MAILING ADDRESS

NUMBER AND STREET: 6237 Walhonding Rd
DESCRIPTION OF LOCATION:

CITY: Bethesda STATE: MD ZIP: 20816

9) ☐ CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS

10) **CERTIFICATION**

I/WE CERTIFY:

(1) That the above aircraft is owned by the undersigned applicant who is: (MUST CHECK AND/OR COMPLETE a, b, c, or d)

☐ a. A citizen of the United States as defined by 49 USC 40102(a)(15);

☐ b. A resident alien with alien registration (Form I-551) No. _____

☒ c. A non-citizen corporation organized and doing business under the laws of (state) MARYLAND and said aircraft is based and primarily used in the United States. Records of flight hours are available for inspection at (provide complete physical address) 6237 Walhonding Rd Bethesda MD 20816

☐ d. A corporation using a voting trust to qualify. Enter name of trustee _____

(2) If box c or d above is checked, I, the below signed, certify that I am authorized, by the applicant shown above, to sign corporate documents and to seek aircraft registration on behalf of the entity and that I will provide the same authorization if requested;

(3) That the aircraft is not registered under the laws of any foreign country; and

(4) That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

**ANY AND ALL SIGNATORIES OF THIS APPLICATION MUST READ THE FOLLOWING AND UNDERSTAND THAT, BY APPLYING A SIGNATURE TO THIS DOCUMENT, THEY ARE SUBJECT TO THE REFERENCED STATUTES AND ASSOCIATED PENALTIES.**

I/we hereby certify that the information provided in, and in any attachments to, this application for aircraft registration is true, accurate and correct to the best of my/our knowledge and belief. I/we understand that the FAA administrator will rely on the information I/we provide in determining my/our qualification for aircraft registration. I/we understand that whoever, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device any material fact(s), statement(s), representation(s) or entry(ies) may be fined up to $500,000 or imprisoned for not more than five (5) years or both (18 U.S.C. §§ 1001 and 3571). I/we understand that to knowingly and willfully: a) falsify or conceal a material fact; or b) use a document knowing it contains a false, fictitious or fraudulent statement/entry; or c) provide any inaccurate, false statement/information can subject me to criminal prosecution (49 U.S.C. § 46306), and the registration of the subject aircraft may be delayed, denied and/or revoked.

NOTE: If executed for co-ownership, all applicants must sign. Use next page and add page(s) if necessary.

| 11) | SIGNATURE: [signature] | DATE: 2-22-2022 |
|---|---|---|
| | TYPED/PRINTED NAME: THOMAS TRAVIS BARRETT III TITLE: MEMBER | |
| 12) | SIGNATURE: [signature] | DATE: 2-22-2022 |
| | TYPED/PRINTED NAME: | TITLE: |

NOTE: Except when the most recent registration of the subject aircraft is expired or cancelled, 14 CFR 47.31(c) provides for an airworthy U.S. aircraft to be operated for up to 90 days within the United States when a copy of the signed aircraft registration application is carried in the aircraft while awaiting issuance and receipt of the new registration certificate.

AC Form 8050-1 (04/21)                Page 1



**RPM Aircraft Service**

Montgomery County Airpark
Gaithersburg, MD  20879
(484) 435-9776
byron@flyrpm.com

## INVOICE

BILL TO
Ben Srigley

| | |
|---|---|
| INVOICE | 1151a |
| DATE | 12/29/2021 |
| TERMS | Net 15 |
| DUE DATE | 01/13/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/18/2021 | Parts & Materials:Direct Sales | Exhaust gaskets (12) | 1 | 57.36 | 57.36 |
| 11/18/2021 | Parts & Materials:Direct Sales | Cylinder base seal, rocker tabs, crush gasket for screen. | 1 | 14.40 | 14.40 |
| 11/23/2021 | Parts & Materials:Direct Sales | Oversize Nose gear bushing STC kit | 1 | 270.00 | 270.00 |
| 12/01/2021 | Parts & Materials:Direct Sales | 2 spark plugs, spinner screws (26) | 1 | 81.25 | 81.25 |
| 12/02/2021 | Parts & Materials:Direct Sales | Lifters (6), vc gaskets (12), Lock tabs, MC o-ring kit | 1 | 887.70 | 887.70 |
| 12/06/2021 | Parts & Materials:Direct Sales | Lifters (2) | 1 | 238.27 | 238.27 |
| 12/06/2021 | Parts & Materials:Direct Sales | Overnight shipping on 2 lifters | 1 | 111.94 | 111.94 |
| 12/05/2021 | Parts & Materials:Direct Sales | XC20W50 Type M Mineral Oil (9 qts) | 9 | 7.15 | 64.35 |
| 12/05/2021 | Parts & Materials:Direct Sales | 48-108-2 Oil Filter | 1 | 29.15 | 29.15 |
| 12/05/2021 | Parts & Materials:Direct Sales | Cleveland 66-105 Brake Pads | 4 | 18.99 | 75.96 |
| | | | | | Subtotal: 1,830.38 |
| 11/03/2021 | Labor Charges:Labor - General | Annual Items per Mooney 100 hr/ Annual Inspection Guide and FAR Part 43 App. D (35 hr act.) (November/December 2021) | 31:00 | 95.00 | 2,945.00 |
| 11/26/2021 | Labor Charges:Labor - General | Cylinder #2 R&R: Remove exhaust and | 9:45 | 95.00 | 926.25 |

| | | | | | |
|---|---|---|---|---|---|
| | | turbo; remove cylinder 2; reinstall new cylinder for #2; reinstall baffling, reinstall EGT probe; install #2 injector line, air sense line. (11/26/2021-12/7/2021) | | | |
| 11/30/2021 | Labor Charges:Labor - General | Lifters: Remove valvetrain; remove and inspect lifters; found 8 lifters with corrosion; replace 8 lifters; install pushrods, exhaust (11/26/2021-12/3/2021) | 9:30 | 95.00 | 902.50 |
| 12/02/2021 | Labor Charges:Labor - General | Nose gear bushing replacement: Remove nose gear, disassemble nose gear pivot bolt, ream hole for oversize bushing, reinstall nose gear and check preload (12/2/2021-12/6/2021) | 8:00 | 95.00 | 760.00 |
| 12/02/2021 | Labor Charges:Labor - General | Two stripped nut plates found in center aft belly panel 3: Drilled rivets, replaced nut plates, re-riveted (date approx.) | 0.50 | 95.00 | 47.50 |
| 12/07/2021 | Labor Charges:Labor - General | Master Cylinder Brake System Leak: Cut end of brake supply line at T fitting, reconnect, r/r pilot LH master cylinder, replace seals, bench bleed,reinstall, bleed LH system. | 2:45 | 95.00 | 261.25 |
| 12/07/2021 | Labor Charges:Labor - General | Chafe tape on flaps | 0:15 | 95.00 | 23.75 |
| 12/10/2021 | Labor Charges:Labor - General | Taxi to north ramp, break-in brake linings, taxi in segmented circle to swing compass and gather data for compass card | 0.50 | 95.00 | 47.50 |
| | | | | | Subtotal: 5,913.75 |
| 12/29/2021 | Contractor:Outsourced Labor | IA Fee | 1 | 300.00 | 300.00 |

| Surcharges:DC Metro Fee | DC Metro License Fee (2%) | 62.25 | 1.90 | | 118.28 |

We appreciate your business and look forward to helping you again soon!    BALANCE DUE    **$8,162.41**

N233JB

| Item | Link | QTY | Retail | Ask |
|------|------|-----|--------|-----|
| Engine Dehydrator | https://www.aircraftspruce.com/catal | 1 | $ 325.00 | $ 200.00 |
| Philips XC 20W-50 | https://www.aircraftspruce.com/catal | 10 | $ 7.00 | $ 50.00 |
| Battery Tender | https://www.amazon.com/BatteryMIN | 1 | $ 265.00 | $ 150.00 |
| Stratus 2S | | 1 | $ 800.00 | $ 400.00 |
| Aerox Cannulas | https://www.aerox.com/4110-705-oxy | 2 | $ 139.00 | $ 200.00 |
| Aerox mask with mic - zero-time fresh cert. | https://www.aerox.com/4110-729-ma | 2 | $ 725.00 | $ 1,200.00 |
| B-Cool Evaporative A/C w/ remote | https://www.b-kool.net/shop-online.h | 1 | $ 399.00 | $ 250.00 |
| Switchbox | https://switchboxcontrol.com/the-swit | 1 | $ - | $ - |
| LED Shop Lights | | 4 | $ 80.00 | $ 300.00 |
| Robo Tow | https://www.robotow.com/products/2 | 1 | $ 1,599.00 | $ 1,000.00 |
| | | | Total | $ 3,750.00 |

| | |
|---|---|
| Aircraft Price | $130,000.00 |
| Less Annual | -$8,162.41 |
| Purchase | $121,837.59 |
| Wire Feb 22, 2022 | -$25,030.00 |
| | |
| Check Paid 0099 N233JB LLC | $96,807.59 |

## BORROWER STATEMENT OF ACCOUNT



**US Aircraft Finance**

PO BOX 999 RICHMOND, VT 05477

| ACCOUNT NO. | C17501 |
|---|---|
| STATEMENT DATE | 1/4/2022 |

**STATEMENT SUMMARY**

| | |
|---|---|
| Statement Period | 1/1/2021 - 12/31/2021 |
| Principal Balance | $83,078.40 |
| Reserve Balance | $0.00 |
| Impound Balance | $0.00 |
| Unpaid Late Charges | $0.00 |
| Unpaid Charges | $0.00 |
| Unpaid Interest | $0.00 |
| Regular Payment | $647.03 |
| Note Rate | 5.250% |
| Interest Paid in 2021 | $4,441.33 |

Property: 1981 MOONEY AIRCRAFT CORP MC0K
N233JB SERIAL# 25-0598  MD

**BORROWER**

SRIGLEY DEVELOPMENT COMPANY
2214 Distribution Circle
Silver Spring MD 20910

Greetings! Here is your Interest Statement for 2021. Please contact US Aircraft Finance if you have any questions.

### ACCOUNT ACTIVITY

| Transaction Date | Pmt Due Date | Reference | Description | Transaction Amount | Interest | Principal | Late Chgs | Other | Trust | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | | $86,401.43 |
| 1/7/2021 | 1/6/2021 | | Payment - Thank You | $647.03 | $372.83 | $274.20 | $0.00 | $0.00 | $0.00 | $86,127.23 |
| 2/9/2021 | 2/6/2021 | | Payment - Thank You | $647.03 | $408.81 | $238.22 | $0.00 | $0.00 | $0.00 | $85,889.01 |
| 3/2/2021 | 3/6/2021 | | Payment - Thank You | $647.03 | $259.43 | $387.60 | $0.00 | $0.00 | $0.00 | $85,501.41 |
| 3/30/2021 | 4/6/2021 | | Payment - Thank You | $647.03 | $344.35 | $302.68 | $0.00 | $0.00 | $0.00 | $85,198.73 |
| 5/4/2021 | 5/6/2021 | | Payment - Thank You | $647.03 | $428.91 | $218.12 | $0.00 | $0.00 | $0.00 | $84,980.61 |
| 6/2/2021 | 6/6/2021 | | Payment - Thank You | $647.03 | $354.47 | $292.56 | $0.00 | $0.00 | $0.00 | $84,688.05 |
| 7/7/2021 | 7/6/2021 | | Payment - Thank You | $647.03 | $426.34 | $220.69 | $0.00 | $0.00 | $0.00 | $84,467.36 |
| 8/5/2021 | 8/6/2021 | | Payment - Thank You | $647.03 | $352.33 | $294.70 | $0.00 | $0.00 | $0.00 | $84,172.66 |
| 9/8/2021 | 9/6/2021 | | Payment - Thank You | $647.03 | $411.64 | $235.39 | $0.00 | $0.00 | $0.00 | $83,937.27 |
| 10/5/2021 | 10/6/2021 | | Payment - Thank You | $647.03 | $325.98 | $321.05 | $0.00 | $0.00 | $0.00 | $83,616.22 |
| 11/3/2021 | 11/6/2021 | | Payment - Thank You | $647.03 | $348.78 | $298.25 | $0.00 | $0.00 | $0.00 | $83,317.97 |
| 12/7/2021 | 12/6/2021 | | Payment - Thank You | $647.03 | $407.46 | $239.57 | $0.00 | $0.00 | $0.00 | $83,078.40 |
| | | | | | $4,441.33 | $3,323.03 | $0.00 | $0.00 | $0.00 | |

# BORROWER STATEMENT OF ACCOUNT



**US AIRCRAFT FINANCE**

PO BOX 999 RICHMOND, VT 05477

| ACCOUNT NO. | C17501 |
|---|---|
| STATEMENT DATE | 1/25/2022 |

### STATEMENT SUMMARY

| | |
|---|---|
| Statement Period | 1/1/2022 - 1/25/2022 |
| Principal Balance | $0.00 |
| Reserve Balance | $0.00 |
| Impound Balance | $0.00 |
| Unpaid Late Charges | $0.00 |
| Unpaid Charges | $0.00 |
| Unpaid Interest | $0.00 |
| Regular Payment | $647.03 |
| Note Rate | 5.250% |
| Interest Paid in 2022 | $584.59 |

Property: 1981 MOONEY AIRCRAFT CORP MC0K
N233JB SERIAL# 25-0598  MD

**BORROWER**

SRIGLEY DEVELOPMENT COMPANY
2214 Distribution Circle
Silver Spring MD 20910

Greetings from US Aircraft Finance!
This is the Paid Statement for your aircraft loan with US Aircraft Finance. Please keep this statement with your tax records. Let us know if you have any questions!

### ACCOUNT ACTIVITY

| Transaction Date | Pmt Due Date | Reference | Description | Transaction Amount | Interest | Principal | Late Chgs | Other | Trust | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | | $83,078.40 |
| 1/4/2022 | 1/6/2022 | | Payment - Thank You | $647.03 | $334.59 | $312.44 | $0.00 | $0.00 | $0.00 | $82,765.96 |
| 1/25/2022 | | | Payoff | $83,100.96 | $250.00 | $82,765.96 | $0.00 | $85.00 | $0.00 | $0.00 |
| 1/25/2022 | | DOC PREP | PAYOFF DOC PREP | ($50.00) | $0.00 | $0.00 | $0.00 | ($50.00) | $0.00 | $0.00 |
| 1/25/2022 | | WIRE | WIRE | ($35.00) | $0.00 | $0.00 | $0.00 | ($35.00) | $0.00 | $0.00 |
| | | | | | $584.59 | $83,078.40 | $0.00 | $0.00 | $0.00 | |

Give us a call: 301.963.8043

DC Metro Aviation Services

Home   About   FBO Services   SFRA   Reservations   Restaurant   Gallery   Local Info.

Contact   News

Flight Training

Fuel

**Hangars & Tie-Downs**

Maintenance

Tenant Information

# HANGARS & TIE-DOWN SPACE

## WE OFFER HANGAR AND TIE DOWN RENTALS **FOR LONG AND SHORT TERM.**



## MONTHLY STORAGE RATES:

- Back Row Tie Down  $115/$131
- Single Engine Paved Tie Down  $152
- Multi-Engine Paved Tie Down  $162
- Multi-Engine Paved Pull Through Tie Down  $273
- T-Hangar with Electric  $325
- Newer T-Hangar with Electric  $483
- T-Hangar with Electric and bi-fold doors  $614

**Contact us for more information:**
Phone: 301-963-8043
Email: info@dcmetroaviation.com

## NEWS & EVENTS

**Your safety and well being are our top priority**
March 13, 2020 - 5:54 pm

**Open House at the Montgomery County Airpark**
July 16, 2018 - 4:38 pm

**Terminal building upgrades and more.**
March 16, 2016 - 9:18 pm

**Special Flight Rules Area**
October 26, 2015 - 3:44 pm

Touchstone Remodelers

# Payroll details report

From Jan 07, 2022 to Jan 07, 2022 for all employees from all locations

| Pay date | Name | | Hours | Gross pay | Other pay | Employee taxes & deductions | | Net pay | Employer taxes & contributions | | Total payroll cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | Gross | 80h | $2,000.00 | | **Employee taxes** | -$439.95 | **$1,560.05** | **Total** | $209.00 | $2,209.00 |
| | | Holiday | 16h | $400.00 | | FIT | -$172.33 | | **Employer taxes** | $209.00 | |
| | | Sal | 64h | $1,600.00 | | SS | -$124.00 | | FUTA | $12.00 | |
| | | **Adjusted gross** | | $2,000.00 | | Med | -$29.00 | | SS | $124.00 | |
| | | | | | | DC PIT | -$114.62 | | Med | $29.00 | |
| | | | | | | MD PIT | $0.00 | | MD SUI | $44.00 | |
| **01/07/2022** | Doss, Jennifer C | **Gross** | **80h** | **$2,000.00** | | **Employee taxes** | **-$439.95** | **$1,560.05** | **Total** | **$209.00** | **$2,209.00** |
| 12/18 - 12/31 | | Sal | 64h | $1,600.00 | | FIT | -$172.33 | | **Employer taxes** | **$209.00** | |
| Direct deposit | | Holiday | 16h | $400.00 | | SS | -$124.00 | | FUTA | $12.00 | |
| | | **Adjusted gross** | | **$2,000.00** | | Med | -$29.00 | | SS | $124.00 | |
| | | | | | | DC PIT | -$114.62 | | Med | $29.00 | |
| | | | | | | MD PIT | $0.00 | | MD SUI | $44.00 | |

Feb 06, 2022 09:47 PM PT

1

Touchstone Remodelers

# Payroll details report

From Jan 21, 2022 to Jan 21, 2022 for all employees from all locations

| Pay date | Name | | Hours | Gross pay | Other pay | Employee taxes & deductions | | Net pay | Employer taxes & contributions | | Total payroll cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | **Employee taxes** | **-$439.95** | **$1,560.05** | **Total** | **$209.00** | **$2,209.00** |
| | | Gross | 80h | $2,000.00 | | FIT | -$172.33 | | Employer taxes | $209.00 | |
| | | Holiday | | $0.00 | | SS | -$124.00 | | FUTA | $12.00 | |
| | | Sal | 80h | $2,000.00 | | Med | -$29.00 | | SS | $124.00 | |
| | | **Adjusted gross** | | **$2,000.00** | | DC PIT | -$114.62 | | Med | $29.00 | |
| | | | | | | MD PIT | $0.00 | | MD SUI | $44.00 | |
| **01/21/2022** | Doss, Jennifer C | **Gross** | **80h** | **$2,000.00** | | **Employee taxes** | **-$439.95** | **$1,560.05** | **Total** | **$209.00** | **$2,209.00** |
| 01/01 - 01/14 | | Sal | 80h | $2,000.00 | | FIT | -$172.33 | | Employer taxes | $209.00 | |
| Direct deposit | | Holiday | | $0.00 | | SS | -$124.00 | | FUTA | $12.00 | |
| | | **Adjusted gross** | | **$2,000.00** | | Med | -$29.00 | | SS | $124.00 | |
| | | | | | | DC PIT | -$114.62 | | Med | $29.00 | |
| | | | | | | MD PIT | $0.00 | | MD SUI | $44.00 | |

Feb 06, 2022 09:48 PM PT

1

## Vehicle Bill of Sale

THIS BILL OF SALE is executed on February 8, 2022, by and between Touchstone Remodelers, LLC, residing at 2214 Distribution Circle, Silver Spring, MD 20910 (hereinafter referred to as the "Seller") and NRV Can Blasters, LLC, residing at 920 Forest Street, Christiansburg, VA 24073 (hereinafter referred to as the "Buyer").

FOR AND IN CONSIDERATION of a total purchase price of eighteen thousand five hundred dollars ($18,500), receipt of which is hereby acknowledged by Seller, Seller hereby agrees to transfer to Buyer all rights of Seller in the following motor vehicle:


Make: Isuzu

Model: NPR

Year: 2004

Odometer Reading: 82,000

Body Type: TK

Vehicle Identification Number (VIN): JALC4B14647008727

The form of payment used will be a cashier's check.


The vehicle transfer shall take effect immediately upon execution of this Bill of Sale by both parties. Upon signing this Bill of Sale, the above-mentioned vehicle shall belong exclusively to the Buyer, and the Seller shall have no further responsibility for, liability towards or interest in, said vehicle.

The Seller hereby affirms that the above information about this vehicle is accurate to the best of his/her knowledge, and by his/her signature below certifies s/he is the lawful owner of the vehicle with the ability to sell it as s/he sees fit.

-------------------------------------------------------------------------------------------------------

## ODOMETER STATEMENT:

1

Federal and State law mandate that upon transfer of ownership the Seller explicitly state the correct mileage of the motor vehicle being transferred. Failure to comply may result in fines, imprisonment, or other penalties.

The Seller hereby certifies that, to the best of the Seller's knowledge, the current reading of the vehicle's odometer is <u>82,000</u> miles.

The Seller furthermore affirms

Touchstone Remodelers, LLC

(Seller's full name)

_Benjamin R. Srigley, member_    2/8/22

(Signature of Seller)                                            (Date)

240-374-9945

(Phone)

-------------------------------------------------------------------------------------

IN WITNESS THEREOF, the parties executed this Bill of Sale on <u>February 8, 2022,</u>

Michael Dallas Sille    NRV Can Blasting

(Buyer's full name)

2/8/22

(Signature of Buyer)                                            (Date)

540-239-0235

(Phone)

2



**Cindy Srigley** Hi Kerry, I'm not exactly sure how to handle these two amounts received. We sold the airplane (M20K) and this is the cash that is being returned to Touchstone for the original amount deposited on the airplane (i.e., $5k on 8/30/17 and $19k on 9/5/17). Please advise.

 **Automator** set the due date to Mar 25, 2022    6 hours ago

**Kerry A. Weaver @Anet** The project tools are fully depreciated so if they are selling these tools - the deposits would go to Gain/Loss Sale of Asset in other income. If these are not sale of the tools on Balance sheet - these deposits would be "other income." Second entry if these are the project tools is to remove them from the Balance sheet. The JE is credit project tools and debit accumulated depreciation. I would put the small $300 deposits to Other Income and just worry about the $5k deposit(s).

Also there is a small tools in 2021 to Lowe's for 232.94 in project tools. Since is it under the $2,500 - we should expense this before doing tax return. i would code to Small Tools but they don't have one. Just move to Job Supplies.

It is my understanding that this client is possibly going to shut down in case you didn't know this. They are going to pursue something else.

Mar 8, 5:23pm

**Antoinet Haserjian @kerry_weaver** I will wait for the client to reply & proceed accordingly as mentioned.

small tools in 2021 to Lowe's for 232.94 in project tools - Done.

Thank you!

Mar 8, 6:32pm

⚑ **Antoinet Haserjian** changed the status to 'Sent To Client'   Mar 9, 6:44pm

**Antoinet Haserjian** Will add this to coming Weekly Client Task.   Mar 9, 6:54pm

⚑ **Antoinet Haserjian** changed the status to 'Completed'   Mar 9, 6:54pm

**Cindy Srigley** Hi Kerry, we sold tools and deposited the cash, and so I believe it is fair to remove these with the deposits. However, I am not exactly sure how the depreciation works. I knew we had the tools on our books, and I wanted to make sure their sale was logged properly. Please let me know if there is a better way to handle this. Thank you.

Mar 11, 5:46pm

✓ ~~Please provide more details on the uncategorized amount received.~~

04-08-2022 – Deposit – Builders FirstSource, Inc. – BOA Platinum Checking (3252) – $213.10

 🏳 **Kerry A. Weaver** changed the status to 'Sent To Client'    Yesterday, 6:03pm

 **Cindy Srigley** This is a premium refund for canceling our Erie umbrella insurance policy.    Yesterday, 6:22pm



## Touchstone Remodelers

| Date | Transaction Type | Memo/Description | Split | Amount | Income account | Client/Project | Supporting document required (Please provide the supporting document if answer is YES) |
|---|---|---|---|---|---|---|---|
| 02/09/2022 | Deposit | Prefunded Deposit | BOA Platinum Checking (3252) | 14,600.00 | Isuzu Dump Truck | | Yes |
| 02/09/2022 | Deposit | Zelle Transfer Conf# T0GMJOWCO; | BOA Platinum Checking (3252) | 300.00 | Project Tools | | No |
| 02/09/2022 | Deposit | Prefunded Deposit | BOA Platinum Checking (3252) | 3,700.00 | Isuzu Dump Truck | | Yes |
| 02/09/2022 | Deposit | Zelle Transfer Conf# T0G8Z4HI; | BOA Platinum Checking (3252) | 300.00 | Project Tools | | No |
| | | EDWIN ZEBALLOS | | | | | |
| | | EDWIN ZEBALLOS | | | | | |
| | | | | $ 18,900.00 | | | |

Transaction Report

## Touchstone Remodelers

| Date | Transaction Type | Memo/Description | Split | Amount | Income account | Client/Project | Supporting document required (Please provide the supporting document if answer is YES) |
|---|---|---|---|---|---|---|---|
| 2/23/22 | Deposit | Online Banking transfer from CHK 6857 | Confirmation# 1464782220 | BOA Platinum Checking (3252) | 5,000.00 | Project Tools | | |
| 03/03/2022 | Deposit | Online Banking transfer from CHK 6857 | Confirmation# 8231166842 | BOA Platinum Checking (3252) | 5,000.00 | | | |
| 03/08/2022 | Deposit | Zelle Transfer Conf# 90998082j | CARLOS A SAMPER | BOA Platinum Checking (3252) | 55.00 | | | |
| | | | | | $ 10,055.00 | | | |

Transaction Report



## Touchstone Remodelers

| Date | Transaction Type | Memo/Description | Split | Amount | Income account | Client/Project | Supporting document required (Please provide the supporting document if answer is YES) |
|------|------------------|------------------|-------|--------|----------------|----------------|------------------------------------------------------------------------------------|
| 03/09/2022 | Deposit | Zelle Transfer Conf# 9t6t9j8530; CARLOS A SAMPER | BOA Platinum Checking (5802) | $5.00 | Office Equipment | | No |
| | | | | $5.00 | | | |



AZ4    $fx$  =@IF5(AX4>0,0,AX4<0,0,AX4=0,AU4)

Office Update  To keep up-to-date with security updates, fixes, and improvements, choose Check for Updates.

| Account | Date Placed in Service | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-21 | 2022 Depreciation | A/D Before Disposition | NBV Before Disposition | Disposition Value | Capital Gain/Loss | Cost Basis | A/D After Disposition | 2022 Year End NBV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16150 Leasehold Improvements | | | | | | | | | | | | | | | | |
| Airplane N20X | 9/6/17 | | | | | | | | 802.67 | 77,658.67 | (34,514.67) | 221,837.59 | 45,584.26 | 43,344.00 | - | 43,344.00 |
| Isuzu Dump Truck | 7/10/17 | | | | | | | | 62.41 | 12,688.42 | 311.58 | 18,500.00 | 18,188.42 | - | 12,688.42 | (12,688.42) |
| | | | | | | | | | 865.08 | 90,347.08 | (34,203.08) | 140,337.59 | 63,772.68 | 43,344.00 | 43,344.00 | 30,655.58 |

Sheet1

Ready    Accessibility: Good to go

| | Date Placed in Service | Amount | Life | 2014 Depreciation | 2015 Depreciation | 2016 Depreciation | 2017 Depreciation | 2018 Depreciation | 2019 Depreciation | 2020 Depreciation | Remaining Balance as of 12/31/2020 for PP calculation based on GDD | Current Remaining Balance as of 12/31/2019 should be | True up estimate 2021 | Notes | 2022 Depreciation ADJ | Total Allowed 1/1/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Equipment | 1/1/14 | (10,000.00) | | 3,333.33 | 3,333.33 | 3,333.33 | 844.34 | 844.34 | | | 800.34 | 800.34 | 800.34 | This year should include depreciation before 2020 | 800.34 | 10,000.00 |
| Project Tools | 1/1/14 | (10,000.00) | | 3,333.33 | 3,333.33 | 9,010.00 | 1,694.67 | 844.34 | | | 800.34 | 800.34 | 800.34 | This year should be fully depreciated before 2020 | 800.34 | 10,000.00 |
| Toyota Tacoma (Unrealized/Sold) | 1/1/14 | (24,000.00) | | | | (1,417.00) | | | | | 31,413.33 | 31,413.33 | 31,413.33 | This vehicle in 2014 but recorded in kept incorrectly | 31,413.33 | 24,000.00 |
| Acura MDX (Unrealized/Sold) | 1/1/14 | (15,000.00) | | 2,133.00 | | 2,133.00 | 1,614.00 | 9,000.00 | 9,000.00 | 3,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | This vehicle in 2017 but recorded in lived incorrectly | 15,589.96 | 15,000.00 |
| Website/Misc | 1/1/17 | (24,000.00) | | | | | 1,983.32 | 2,600.50 | 2,600.50 | 2,600.50 | 18,733.31 | 18,733.31 | | | | 24,664.47 |
| Intuit QuickBooks | 1/1/17 | (2,000.00) | | | | | | | | | 4,114.67 | 4,114.67 | 1,113.68 | This under $2500 be an need to recize it to expense | | 6,893.57 |
| Hand Tools/Stock | 12/1/17 | (3,333.68) | | | | | | | | | 1,113.68 | | 2,165.68 | This under $2500 be an need to recize it to expense | | |
| Ford Depot Software | 10/1/20 | (2,441.44) | | | | | | | | | 2,165.68 | | | This under $2500 be an need to recize it to expense | | |
| Original Software | 12/1/20 | (439.59) | | | | | | | | | 389.59 | 389.59 | 389.59 | This is under 12500 an need to recize it to expense | | |
| Total | | (146,177.35) | | 8,347.23 | | (1,318.34) | 3,431.35 | 12,212.88 | 28,600.00 | 16,645.66 | 110,537.15 | 97,850.00 | 32,687.55 | | | 94,560.50 |



# MARYLAND CERTIFICATE OF TITLE
## DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.

S868484

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1C6SRFFT6MN827066 | 2021 | RAM | PK | E | 18A | | 55364834 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | | | DATE ISSUED |
|---|---|---|---|---|---|---|---|
| N/A | 7000 | N/A | 0.00 | N/A | | | 12/09/21 |

| OWNER'S SOUNDEX / DRIVER'S LICENSE NO. | CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO. |
|---|---|
| S624085745042 | |

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

BENJAMIN ROBERT SRIGLEY
4440 WILLARD AVE APT 813
CHEVY CHASE MD  20815-3761



CONTROL NO.
(This is not a Title No.)

S868484

I, THE UNDERSIGNED, HEREBY CERTIFY THAT AN APPLICATION FOR CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON, PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS STATE, AND THE APPLICANT NAMED ON THE FACE HEREOF HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE.

THE ADMINISTRATION WILL NOT BE RESPONSIBLE FOR FALSE OR FRAUDULENT ODOMETER STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE OR FOR ERRORS MADE IN RECORDING BY THE ADMINISTRATION.

NAME(S) AND ADDRESS OF SECURED PARTIES IN RECORDED ORDER

LIEN RELEASE

BANK OF AMERICA
P O BOX 2759
JACKSONVILLE, FL 32203

MVA USE ONLY
OFFICIALLY ISSUED ON THE DATE SET FORTH ABOVE

*Christine Nizer*
ADMINISTRATOR OF MOTOR VEHICLES

CONTROL NO.
(This is not a Title No.)

S868484

VR-002 (08/20)

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT