UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
COLUMBIA

NOTICE TO INDIVIDUALS WHO CANNOT AFFORD AN ATTORNEY

If you are a party in litigation in the Bankruptcy Court and cannot afford an attorney, you should be aware of Bankruptcy Court Local Bankruptcy Rule 2090-3 *(The Honorable S. Martin Teel, Jr. Bankruptcy Pro Bono Program)* which governs the appointment of pro bono attorneys from a bankruptcy pro bono panel to represent parties in bankruptcy contested matters and adversary proceedings when such parties file an Application for Appointment of Pro Bono Counsel (an "Application") demonstrating both a need for representation and a financial inability to retain an attorney.

If you wish to have the court consider appointing counsel from the Bankruptcy Pro Bono Program, you should submit an application with evidence of your inability to afford counsel, with a request for appointment of counsel. The Application for Appointment of Pro Bono Counsel form is available at the Clerk's Office and at https://www.dcb.uscourts.gov/forms