

**FILED**
APR 28 2025
Clerk, U.S. District and
Bankruptcy Courts

# CERTIFICATE OF SERVICE

I, _____Angela M. Bandi_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __on April 28, 2025__ (date) by:

[X]  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Benjamin Srigley
> c/o Maurice VerStandig
> The Belmont Firm
> 1050 Connecticut Avenue NW, Suite 500
> Washington, DC 20036

[ ]  Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

[ ]  Residence Service: By leaving the process with the following adult at:

[ ]  Publication: The defendant was served as follows: [Describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare the foregoing is true and correct.

__April 28, 2025__              __/s/ Angela M. Bandi__
Date                             Signature

| Print Name | | | |
|---|---|---|---|
| Angela M. Bandi | | | |
| Business Address | | | |
| 3606 Chesapeake Street, NW | | | |
| City | State | | Zip |
| Washington | DC | | 20008 |

**FILED**
**APR 2 8 2025**
Clerk, U.S. District and
Bankruptcy Courts

# CERTIFICATE OF SERVICE

I, _____Angela M. Bandi_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __on April 28, 2025__ (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Benjamin Srigley, Officer
> Touchstone Remodelers, LLC
> c/o Maurice VerStandig
> The Belmont Firm
> 1050 Connecticut Avenue NW, Suite 500
> Washington, DC 20036

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare the foregoing is true and correct.

April 28, 2025                                     /s/ Angela M. Bandi
Date                                               Signature

| Print Name | Angela M. Bandi | | |
|---|---|---|---|
| Business Address | 3606 Chesapeake Street, NW | | |
| City | State | | Zip |
| Washington | DC | | 20008 |

**FILED**
APR 2 8 2025
Clerk, U.S. District and
Bankruptcy Courts

# CERTIFICATE OF SERVICE

I, _____Angela M. Bandi_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __on April 28, 2025__ (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Benjamin Srigley, Officer
Srigley Development Company, LLC
c/o Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare the foregoing is true and correct.

__April 28, 2025__          _____/s/ Angela M. Bandi_____
Date                              Signature

Print Name: Angela M. Bandi
Business Address: 3606 Chesapeake Street, NW
City: Washington   State: DC   Zip: 20008

**FILED**
APR 2 8 2025
Clerk, U.S. District and
Bankruptcy Courts

# CERTIFICATE OF SERVICE

I, ___Angela M. Bandi___ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __on April 28, 2025__ (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Cynthia Srigley, Chemist
> c/o U.S. Food and Drug Administration
> Human Foods Program
> 5001 Campus Drive, HFS-009
> College Park, MD 20740-3835

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare the foregoing is true and correct.

___April 28, 2025___     _/s/ Angela M. Bandi_
Date                             Signature

Print Name: Angela M. Bandi
Business Address: 3606 Chesapeake Street, NW
City: Washington     State: DC     Zip: 20008