Christianna A. Cathcart, Esq.
Bar No. ND 10095
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Telephone: (202) 655-2066
E-mail: christianna@dcbankruptcy.com
*Counsel for Benjamin Srigley, Cynthia Srigley, and Srigley Development Company, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-116-ELG |
| | ) | |
| TOUCHSTONE REMODELERS, LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| FEDERICO M. BANDI, and | ) | |
| ANGELA M. BANDI | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 25-10009 |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ROBERT SRIGLEY, | ) | |
| CYNTHIA TYBURCZY SRIGLEY, | ) | |
| TOUCHSTONE REMODELERS, LLC, | ) | |
| SRIGLEY DEVELOPMENT COMPANY, LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION TO DISMISS AND HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that Benjamin Srigley, Cynthia Srigley, and Srigley Development Company, LLC (collectively, the "Defendants"), have filed a motion to dismiss.

1

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE July 23, 2025, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 30, 2025 at 10:00 AM. The hearing will be held in Courtroom 1 at the foregoing courthouse address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 21, 2025 | By: /s/ Christianna A. Cathcart |
|  | Christianna A. Cathcart, Esq. |
|  | Bar No. ND 10095 |
|  | The Belmont Firm |
|  | 1050 Connecticut Avenue, NW |
|  | Suite 500 |
|  | Washington, DC 20036 |
|  | Telephone: (202) 655-970-2770 |
|  | E-mail: christianna@dcbankruptcy.com |
|  | *Counsel for Counsel for Benjamin Srigley, Cynthia Srigley, and Srigley Development Company, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

/s/ Christianna A. Cathcart
Christianna A. Cathcart