The order below is hereby signed.

Signed: May 22 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: ) | | Case No. 23-116-ELG |
| ) | | |
| TOUCHSTONE REMODELERS, LLC, ) | | (Chapter 7) |
| ) | | |
| Debtor. ) | | |
| ) | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ) | | |
| FEDERICO M. BANDI, and ) | | |
| ANGELA M. BANDI ) | | |
| ) | | |
| Plaintiff, ) | | Adv. Case No. 25-10009 |
| ) | | |
| v. ) | | |
| ) | | |
| BENJAMIN ROBERT SRIGLEY, ) | | |
| CYNTHIA TYBURCZY SRIGLEY, ) | | |
| TOUCHSTONE REMODELERS, ) | | |
| LLC, ) | | |
| SRIGLEY DEVELOPMENT COMPANY, ) | | |
| LLC, ) | | |
| Defendant. ) | | |

**ORDER ADMITTING ATTORNEY *PRO HAC VICE*** 

Upon consideration of the Motion for Admission Pro Hac Vice filed by Christianna Cathcart, Esq., and for good cause shown, it is hereby:

FOUND: that Christianna Cathcart, is a member in good standing of the Bar of the State of North Dakota and is admitted to practice before the United States District Court for the District of North Dakota; and it is further

FOUND, that Christianna Cathcart, is not subject to any pending disciplinary proceedings in any jurisdiction; and it is further

ORDERED, that the Motion for Admission *Pro Hac Vice* is hereby GRANTED, and Christianna Cathcart is admitted to practice before this Court *pro hac vice* for the purpose of representing the Debtors, in the above-captioned adversary proceedings.

I ask for this:

*/s/ Christianna A. Cathcart*
Christianna A. Cathcart, Esq.
Bar No.: ND 10095
The Belmont Firm
1050 Connecticut Ave, NW Ste 500
Washington, DC 20036
Phone: (202) 655-2066
Email: christianna@dcbankruptcy.com
*Counsel for Benjamin Srigley, Cynthia Srigley, and Srigley Development Company, LLC.*