Christianna A. Cathcart, Esq.
Bar No.: ND 10095
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 202-2066
E-Mail: christianna@dcbankruptcy.com
*Counsel for Benjamin Singley,*
*Cynthia Srigley, and Srigley*
*Development Company, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-116-ELG |
| | ) | |
| TOUCHSTONE REMODELERS, LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| FEDERICO M. BANDI, and | ) | |
| ANGELA M. BANDI | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 25-10009 |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ROBERT SRIGLEY, | ) | |
| CYNTHIA TYBURCZY SRIGLEY, | ) | |
| TOUCHSTONE REMODELERS, LLC, | ) | |
| SRIGLEY DEVELOPMENT COMPANY, LLC, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May 2025, I caused a copy of the Motion to Dismiss and accompanying Notice of Motion to Dismiss (DE #7), to be served, via First Class Mail, postage prepaid, on all parties on the attached mailing matrix.

*[Signature on Following Page]*

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: May 22, 2025 | By: | /s/ Christianna A. Cathcart |
|  |  | Christianna A. Cathcart, Esq. |
|  |  | Bar No.: ND 10095 |
|  |  | The Belmont Firm |
|  |  | 1050 Connecticut Avenue, NW |
|  |  | Suite 500 |
|  |  | Washington, DC 20036 |
|  |  | Phone: (202) 202-2066 |
|  |  | Email: christianna@dcbankruptcy.com |
|  |  | *Counsel for Benjamin Srigley, Cynthia Srigley, and Srigley Development Company, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FEDERICO M. BANDI
3606 CHESAPEAKE STREET, NW
WASHINGTON, DC 20008

ANGELA M. BANDI
3606 CHESAPEAKE STREET, NW
WASHINGTON, DC 20008

CHRISTIANNA ANNETTE CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO, ND 58102-4246

BENJAMIN SRIGLEY
C/O THE BELMONT FIRM
1050 CONNECTICUT AVE, NW
SUITE 500
WASHINGTON, DC 20036

MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM, LLC
9812 FALLS ROAD
#114-160
POTOMAC, MD 20854

CYNTHIA TYBURCZY SRIGLEY
C/O THE BELMONT FIRM
1050 CONNECTICUT AVE, NW
SUITE 500
WASHINGTON, DC 20036

TOUCHSTONE REMODELERS, LLC
1025 CONNECTICUT AVENUE, NW
SUITE 615
WASHINGTON, DC 20008