The order below is hereby signed.

Signed: May 22 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-116-ELG |
| | ) | |
| TOUCHSTONE REMODELERS, LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| FEDERICO M. BANDI, and | ) | |
| ANGELA M. BANDI | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 25-10009 |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ROBERT SRIGLEY, | ) | |
| CYNTHIA TYBURCZY SRIGLEY, | ) | |
| TOUCHSTONE REMODELERS, | ) | |
| LLC, | ) | |
| SRIGLEY DEVELOPMENT COMPANY, | ) | |
| LLC, | ) | |
| Defendant. | ) | |

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

Upon consideration of the Motion for Admission Pro Hac Vice filed by Christianna

Cathcart, Esq., and for good cause shown, it is hereby:

FOUND: that Christianna Cathcart, is a member in good standing of the Bar of the State

of North Dakota and is admitted to practice before the United States District Court for the District

of North Dakota; and it is further

FOUND, that Christianna Cathcart, is not subject to any pending disciplinary proceedings

in any jurisdiction; and it is further

ORDERED, that the Motion for Admission *Pro Hac Vice* is hereby GRANTED, and

Christianna Cathcart is admitted to practice before this Court *pro hac vice* for the purpose of

representing the Debtors, in the above-captioned adversary proceedings.


I ask for this:

*/s/ Christianna A. Cathcart*
Christianna A. Cathcart, Esq.
Bar No.: ND 10095
The Belmont Firm
1050 Connecticut Ave, NW Ste 500
Washington, DC 20036
Phone: (202) 655-2066
Email: christianna@dcbankruptcy.com
*Counsel for Benjamin Srigley, Cynthia*
*Srigley, and Srigley Development Company,*
*LLC.*

United States Bankruptcy Court

District of Columbia

Bandi,

    Plaintiff

                                                   Adv. Proc. No. 25-10009-ELG

Srigley,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 22 2025 22:14:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025                    Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Benjamin Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Cynthia Tyburczy Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Srigley Development Company  LLC christianna@dakotabankruptcy.com |
| Maurice Belmont VerStandig | on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 22, 2025                       Form ID: pdf001                              Total Noticed: 1

Maurice Belmont VerStandig

on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Benjamin Srigley mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 6