**22NTCHRGA**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

---

In Re:  Touchstone Remodelers, LLC
Debtor

                      Case No.: 23−00116−ELG
                      Chapter 7

Federico M. Bandi
Plaintiff

v.

Benjamin Srigley
Defendant

Adv. Proc. No. 25−10009−ELG          Judge: Elizabeth L. Gunn

---

Notice is hereby given that a hearing will be held on

at the request of the Court, the scheduling conference set for 6/10/2025 is continued to:

7/30/2025 at 10:00 AM in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                      Angela D. Caesar
                      U.S. Bankruptcy Court
                      BY: am

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court

District of Columbia

Bandi,
    Plaintiff

Srigley,
    Defendant

Adv. Proc. No. 25-10009-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Jun 09, 2025      Form ID: ntchrga      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Angela M. Bandi, 3606 Chesapeake Street, NW, Washington, DC 20008-2915 |
| dft | + | Benjamin Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| dft | + | Cynthia Tyburczy Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| pla | + | Federico M. Bandi, 3606 Chesapeake Street, NW, Washington, DC 20008-2915 |
| dft | + | Touchstone Remodelers, LLC, 1025 Connecticut Avenue, NW, Suite 615, Washington, DC 20036-5446 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Srigley Development Company, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Srigley Development Company LLC christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Benjamin Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 09, 2025 | Form ID: ntchrga | Total Noticed: 5 |

          on behalf of Defendant Cynthia Tyburczy Srigley christianna@dakotabankruptcy.com

Maurice Belmont VerStandig

          on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com,
          lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

          on behalf of Defendant Benjamin Srigley mac@mbvesq.com
          lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

          on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com
          lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 6