Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773.620.1932
Email: fbandi1@jhu.edu
　　　　angela.bandi@yahoo.com



**FILED**

JUN 3 0 2025

Clerk, U.S. District and
Bankruptcy Courts

*Unsecured Judgment Creditors of Touchstone Remodelers, LLC, filing Pro Se*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| TOUCHSTONE REMODELERS, LLC, | Case No. 23-00116-ELG |
| Debtor. | Chapter 7 |
| | |
| FEDERICO M. BANDI and ANGELA M. BANDI, | |
| Plaintiffs, | |
| vs. | Adv. Pro. No. 25-10009-ELG |
| BENJAMIN ROBERT SRIGLEY, CYNTHIA TYBURCZY SRIGLEY, TOUCHSTONE REMODELERS, LLC and SRIGLEY DEVELOPMENT COMPANY, LLC, | |
| Defendants. | |

### MOTION TO CONTINUE HEARING

Federico M. Bandi and Angela M. Bandi (jointly, the "**Bandis**" or the "**Plaintiffs**"), unsecured judgment creditors of Touchstone Remodelers, LLC (the "**Debtor**"), hereby move this Honorable Court to continue the scheduling conference and hearing on the Defendants' Motion to Dismiss scheduled for July 30, 2025 at 10:00 a.m. to August 13, 2025 at 10:00 a.m.

In support of their *Motion to Continue Hearing*, Plaintiffs respectfully state as follows:

1. Plaintiffs are unable to attend the hearing scheduled for July 30, 2025 at 10:00 a.m. either in person or on Zoom for Government. We will be on a previously scheduled intercontinental flight at that time on that date.[1]

2. We filed our response to the Defendants' *Motion to Dismiss* (Dkt. No. 7 (Adv. Pro. No. 25-10009-ELG)) on June 16, 2025, and subsequently contacted Defendants' counsel, Christianna A. Cathcart of The Belmont Firm, on June 25, 2025, to inform her of our travel conflict and request her consent to reschedule the hearing for one of the following dates: August 13, August 20, September 3, or September 10, 2025.[2] We have not received a response from Ms. Cathcart.

3. On this date, Plaintiffs have concurrently filed a *Notice of Hearing Upon Motion for Derivative Standing* in the above-referenced underlying bankruptcy case, requesting a hearing in connection with their *Motion for an Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley, and Srigley Development Company, LLC* (the "**Motion for Derivative Standing**") (Dkt. No. 29 (Case No. 23-00116-ELG)), to be held on August 13, 2025 at 10:00 am.

4. As this Court's resolution of the issues addressed in the Motion for Derivative Standing is fundamental to the continuation of this adversary proceeding, and as

---

[1] The flight is scheduled to occur between 9:20 a.m. and 7:40 p.m. EST on July 30, 2025. Tickets were purchased on or about April 23, 2025.

[2] *See* true and correct copy of email correspondence from Angela Bandi to Christianna Cathcart, dated June 25, 2025, attached in **Appendix A**.

Plaintiffs believe that addressing these matters in a single hearing is the most efficient use of both the Court's and the parties' time and assets, Plaintiffs respectfully request that the scheduling conference and hearing on the Motion to Dismiss scheduled for July 30, 2025 at 10:00 a.m. be continued to the same date as the hearing on the Motion for Derivative Standing, scheduled for August 13, 2025 at 10:00 a.m.

Dated: June 30, 2025

Respectfully submitted by:

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

3