Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773.620.1932
Email: fbandi1@jhu.edu
          angela.bandi@yahoo.com

*Unsecured Judgment Creditors of Touchstone Remodelers, LLC, filing Pro Se*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| TOUCHSTONE REMODELERS, LLC, | Case No. 23-00116-ELG |
| Debtor. | Chapter 7 |
| | |
| FEDERICO M. BANDI and ANGELA M. BANDI, | |
| Plaintiffs, | |
| vs. | Adv. Pro. No. 25-10009-ELG |
| BENJAMIN ROBERT SRIGLEY, CYNTHIA TYBURCZY SRIGLEY, TOUCHSTONE REMODELERS, LLC and SRIGLEY DEVELOPMENT COMPANY, LLC, | |
| Defendants. | |

### NOTICE OF MOTION

Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi have filed with this Court a *Motion to Continue Hearing* (the "**Motion**").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion then, on or before <u>21 days from date of service of the Notice</u>, you or your attorney must:

File with the Court a written response, explaining your position at Clerk of the Court, United States Courthouse, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy to:

| | |
|---|---|
| **Federico M. Bandi** | **William Douglas White** |
| **Angela M. Bandi** | **McCarthy & White, PLLC** |
| **3606 Chesapeake Street, NW** | **8205 Pettit Court** |
| **Washington, DC 20008** | **McLean, VA 22102** |

Attend the hearing scheduled to be held on August 13, 2025, at 10:00 a.m. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Gunn_Hearings@dcb.uscourts.gov for the Zoom information and should familiarize themselves with General Order 2024-03, *Order Establishing Hearing Protocols Before Judge Gunn* (available at https://www.deb.uscourts.gov/sites/dcb/files/GO%202024-03.pdf ).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:    June 30, 2025

Respectfully submitted by:

| | | |
|---|---|---|
| */s/ Federico M. Bandi* | -and- | */s/ Angela M. Bandi* |
| FEDERICO M. BANDI | | ANGELA M. BANDI |
| 3606 Chesapeake Street, NW | | 3606 Chesapeake Street, NW |
| Washington, DC. 20008 | | Washington, DC. 20008 |
| Telephone: 773-612-4163 | | Telephone: 773-620-1932 |
| Email: fbandi1@jhu.edu | | Email: angela.bandi@yahoo.com |