# **APPENDIX A**

**From:** Angela Bandi angela.bandi@yahoo.com 
**Subject:** Federico M. Bandi, et al. v. Benjamin Robert Srigley, et al. (Adv. Proc. No. 25-10009-ELG) [In re: Touchstone Remodelers, LLC (Case No. 23-00116-ELG (Chapter 7))]
**Date:** June 25, 2025 at 4:08 PM
**To:** christianna@dcbankruptcy.com
**Cc:** Federico Bandi fbandi1@jhu.edu

Good afternoon Ms. Cathcart,

We received notice of the hearing you scheduled for July 30, 2025 at 10:00 am in the above-referenced case. Unfortunately, we will not be able to attend the hearing as we will be on an inter-continental flight at that time on that date. Would you be amenable to rescheduling the hearing for one of the following dates in August (or September, if necessary): 8/13, 8/20, 9/3, or 9/10? All hearings are at 10:00 am, except for that of 8/20, which is at 2:00 pm.

Thank you.

Kind regards,
Angela Bandi