# CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on June 30, 2025, a true and correct copy of the attached *Motion to Continue Hearing* was served upon the following parties via U.S. Mail:

**Benjamin Srigley**
c/o The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**Benjamin Srigley, Officer**
Srigley Development Company, LLC
c/o The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**Benjamin Srigley, Officer**
Touchstone Remodelers, LLC
c/o The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**William Douglas White**
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

**Cynthia Srigley, Chemist**
c/o U.S. Food and Drug Administration
Human Foods Program
5001 Campus Drive, HFS-009
College Park, MD 20740-3835

**Christianna Cathcart**
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**Maurice VerStandig**
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

Dated: June 30, 2025

Respectfully submitted by:

_____    -and-    _____
FEDERICO M. BANDI                       ANGELA M. BANDI
3606 Chesapeake Street, NW              3606 Chesapeake Street, NW
Washington, DC. 20008                   Washington, DC. 20008
Telephone: 773-612-4163                 Telephone: 773-620-1932
Email: fbandi1@jhu.edu                  Email: angela.bandi@yahoo.com

3