The order below is hereby signed.

Signed: July 22 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 23-00116-ELG |
| **Touchstone Remodelers, LLC,**<br>Debtor. | Chapter 7 |
| **Federico M. Bandi and**<br>**Angela M. Bandi,**<br>Plaintiffs, | |
| v. | Adv. Pro. No. 25-10009 |
| **Benjamin Robert Srigley,**<br>**Cynthia Tyburczy Srigley,**<br>**Touchstone Remodelers, LLC, and**<br>**Srigley Development Company, LLC,**<br>Defendants. | |

## ORDER GRANTING CONTINUANCE

On June 30, 2025, the Plaintiffs filed the *Motion to Continue Hearing* (ECF No. 16) (the "Motion") seeking to continue the status conference and hearing on the Defendants' *Motion to Dismiss* (ECF No. 7) scheduled for July 30, 2025 (the "Hearing") to August 13, 2025. Upon review of the Motion and consideration of the lack of opposition filed thereto, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the relief and continuance requested in the Motion is granted. The Hearing is continued to August 13, 2025 at 10:00 a.m. The Hearing will take place both in

Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact the Court's courtroom deputy prior to the hearing for Zoom instructions. The parties should also review Local Bankruptcy Rule 5070-1(a), and if argument is expected to take more than 30 minutes, shall contact the Court's courtroom deputy on or before August 1, 2025 with such information.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.