The order below is hereby signed.

Signed: July 22 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 23-00116-ELG |
| **Touchstone Remodelers, LLC,** | Chapter 7 |
| Debtor. | |
| **Federico M. Bandi and** | |
| **Angela M. Bandi,** | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 25-10009 |
| **Benjamin Robert Srigley,** | |
| **Cynthia Tyburczy Srigley,** | |
| **Touchstone Remodelers, LLC, and** | |
| **Srigley Development Company, LLC,** | |
| Defendants. | |

## ORDER GRANTING CONTINUANCE

On June 30, 2025, the Plaintiffs filed the *Motion to Continue Hearing* (ECF No. 16) (the "Motion") seeking to continue the status conference and hearing on the Defendants' *Motion to Dismiss* (ECF No. 7) scheduled for July 30, 2025 (the "Hearing") to August 13, 2025. Upon review of the Motion and consideration of the lack of opposition filed thereto, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the relief and continuance requested in the Motion is granted. The Hearing is continued to August 13, 2025 at 10:00 a.m. The Hearing will take place both in

Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact the Court's courtroom deputy prior to the hearing for Zoom instructions. The parties should also review Local Bankruptcy Rule 5070-1(a), and if argument is expected to take more than 30 minutes, shall contact the Court's courtroom deputy on or before August 1, 2025 with such information.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.

United States Bankruptcy Court

District of Columbia

Bandi,
    Plaintiff

Srigley,
    Defendant

Adv. Proc. No. 25-10009-ELG

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: pdf001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Benjamin Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| pla | + | Federico M. Bandi, 3606 Chesapeake Street, NW, Washington, DC 20008-2915 |
| dft | + | Touchstone Remodelers, LLC, 1025 Connecticut Avenue, NW, Suite 615, Washington, DC 20036-5446 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 22 2025 22:15:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Srigley Development Company, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Srigley Development Company  LLC christianna@dakotabankruptcy.com |

District/off: 0090-1     User: admin     Page 2 of 2
Date Rcvd: Jul 22, 2025     Form ID: pdf001     Total Noticed: 4

Christianna Annette Cathcart
   on behalf of Defendant Benjamin Srigley christianna@dakotabankruptcy.com

Christianna Annette Cathcart
   on behalf of Defendant Cynthia Tyburczy Srigley christianna@dakotabankruptcy.com

Maurice Belmont VerStandig
   on behalf of Defendant Benjamin Srigley mac@mbvesq.com
   lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
   on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com
   lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
   on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com,
   lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 6