**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00116-ELG |
| ) | |
| TOUCHSTONE REMODELERS, LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| FEDERICO BANDI, et al., ) | Adv. Proc. 25-10009-ELG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BENJAMIN SRIGLEY, et al., ) | |
| ) | |
| Defendants ) | |

**MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE**
**AS REAL PARTY IN INTEREST AND TO AMEND COMPLAINT**

Comes now, Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee") for debtor Touchstone Remodelers, LLC ("Debtor"), by and through counsel, McNamee Hosea, P.A., and respectfully submits this *Motion to Intervene and Substitute Trustee for Debtor as Real Party in Interest and to Amend Complaint* (the "Motion"), and states as follows.

1. This adversary proceeding consists of, essentially, fraudulent conveyances and related claims, claimed belonging to the estate, but commenced post-petition by creditors seeking derivative standing. The adversary complaint was commenced shortly before the asserted expiration of the statute of limitations when the previous chapter 7 trustee did not bring suit.

---
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

2.   Wendell W. Webster is the replacement Trustee of the Debtor's Chapter 7 estate. Mr. Webster was appointed trustee on September 12, 2025 after the resignation of William Douglas White and after the asserted expiration of the statute of limitations.

3.   11 U.S.C. § 323 provides:

   a. The trustee in a case under this title is the representative of the estate.
   b. The trustee in a case under this title has capacity to sue and be sued.

4.   Federal Rule of Bankruptcy Procedure 6009 provides that "[w]ith or without court approval, the trustee or debtor in possession may prosecute or may enter an appearance and defend any pending action or proceeding by or against the debtor, or commence and prosecute any action or proceeding on behalf of the estate before any tribunal."

5.   Federal Rule of Civil Procedure 24(a), made applicable by Federal Rule of Bankruptcy Procedure 7024 provides for a mandatory right of intervention when disposing of an adversary proceeding will as a practical matter impair or impede a party's ability to protect its interests.

6.   Federal Rule of Civil Procedure 25(c), made applicable by Federal Rule of Bankruptcy Procedure 7025, provides that "when a transfer of interest occurs the action may be continued by or against the original party, or upon motion, the court can direct that the transferee of the interest be substituted or joined with the original party."

7.   Federal Rule of Civil Procedure 17(a), made applicable by Federal Rule of Bankruptcy Procedure 7017, states that "[a]n action must be prosecuted in the name of the real party in interest…" including "(E) a trustee of an express trust" and "(G) a party authorized by statute."

8.   Pursuant to the provisions of 11 U.S.C. §323, the Trustee is now the representative of the bankruptcy estate and has the capacity to sue and be sued in the name of the bankruptcy

estate. In that capacity, the Trustee represents the interests of the entire body of unsecured creditors of the Debtor. Substitution of the Trustee for the Debtor as the real party in interest is contemplated and required under Federal Rule of Civil Procedure 17 and Federal Rule of Bankruptcy Procedure 6009, 7017 and 7025.

9. Accordingly, pursuant to 11 U.S.C. § 323, Federal Rule of Civil Procedure 17, and Federal Rules of Bankruptcy Procedure 6009, 7017, and 7025, the Trustee requests that he be substituted as the Debtor in the above captioned adversary proceeding.

10. Further, pursuant to Fed. R. Bankr. P. 7015, the Trustee seeks leave to file the attached amended complaint.

WHEREFORE, the Trustee requests that this Court substitute (i) Wendell W. Webster, in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Touchstone Remodelers, LLC, for Federico and Angela Bandi, allow the filing o the attached amended complaint; and (ii) grant such other relief as it deems appropriate and proper.

Date: October 21, 2025                    Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, a copy of the foregoing via CM/ECF, upon all parties receiving notice thereby.

/s/ *Justin P. Fasano*
Justin P. Fasano