**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00116-ELG |
| ) | |
| TOUCHSTONE REMODELERS, LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| FEDERICO BANDI, et al., ) | Adv. Proc. 25-10009-ELG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BENJAMIN SRIGLEY, et al., ) | |
| ) | |
| Defendants ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO
MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE FOR DEBTOR
AS REAL PARTY IN INTEREST**

 **PLEASE TAKE NOTICE** that Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee") for debtor Touchstone Remodelers, LLC ("Debtor"), has filed a *Motion to Intervene and Substitute Trustee as Real Party in Interest and to Amend Complaint* ("Motion") ("Motion").

 **PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, by **October 29, 2025,** file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

 Please take notice that a hearing will be held on **November 5, 2025 at 10:00 a.m.** on the Motion via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov at for Zoom login instructions.

Date: October 21, 2025                                                            Respectfully submitted,

                                                              /s/ *Justin P. Fasano*
                                                              Janet M. Nesse (DC Bar 358514)
                                                              Justin P. Fasano (DC Bar MD21201)
                                                              McNamee Hosea, P.A.
                                                              6411 Ivy Lane, Suite 200
                                                              Greenbelt, Maryland  20770
                                                              (301) 441-2420
                                                              jnesse@mhlawyers.com/
                                                              jfasano@mhlawyers.com
                                                              *Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 21, 2025, a copy of the foregoing via CM/ECF, upon all parties receiving notice thereby.

                                                              /s/ *Justin P. Fasano*
                                                              Justin P. Fasano