**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00116-ELG** |
| | ) | |
| **TOUCHSTONE REMODELERS, LLC,** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **FEDERICO BANDI, et al.,** | ) | **Adv. Proc. 25-10009-ELG** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **BENJAMIN SRIGLEY, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER GRANTING
MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE
AS REAL PARTY IN INTEREST AND TO AMEND COMPLAINT**

Upon consideration of the *Motion to Intervene and Substitute Trustee as Real Party in Interest and to Amend Complaint* ("Motion") file by Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee") for debtor Touchstone Remodelers, LLC ("Debtor"), and good

1

cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Trustee is hereby substituted for creditors Federico and Angela Bandi pursuant to Rule of Bankruptcy Procedure 7025 as Plaintiff in this adversary proceeding; and it is further

ORDERED, that the Trustee is allowed to intervene as plaintiff pursuant to Federal Rules of Bankruptcy Procedure 6009, 7017 and 7025; and it is further

ORDERED, that the amended complaint filed as an attachment to the Motion is deemed filed effective as of the date of this order, and the Defendants shall file a response within 21 days thereof.

**END OF ORDER**

<u>I ASK FOR THIS</u>

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*