The order below is hereby signed.

Signed: November 5 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | 23-00116-ELG |
| | ) | |
| TOUCHSTONE REMODELERS, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| FEDERICO BANDI, et al., | ) | Adv. Proc. 25-10009-ELG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BENJAMIN SRIGLEY, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER GRANTING
MOTION TO INTERVENE AND SUBSTITUTE TRUSTEE
AS REAL PARTY IN INTEREST AND TO AMEND COMPLAINT**

Upon consideration of the *Motion to Intervene and Substitute Trustee as Real Party in Interest and to Amend Complaint* ("Motion") file by Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee") for debtor Touchstone Remodelers, LLC ("Debtor"), and good

cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Trustee is hereby substituted for creditors Federico and Angela Bandi pursuant to Rule of Bankruptcy Procedure 7025 as Plaintiff in this adversary proceeding; and it is further

ORDERED, that the Trustee is allowed to intervene as plaintiff pursuant to Federal Rules of Bankruptcy Procedure 6009, 7017 and 7025; and it is further

ORDERED, that the amended complaint filed as an attachment to the Motion is deemed filed effective as of the date of this order, and the Defendants shall file a response within 21 days thereof; and it is further

ORDERED, that the Court shall hold a scheduling conference via Zoom and in person on January 14, 2026, at 10:00 a.m.

**END OF ORDER**

I ASK FOR THIS

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

United States Bankruptcy Court

District of Columbia

Bandi,
    Plaintiff

Srigley,
    Defendant

Adv. Proc. No. 25-10009-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Nov 05, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 05 2025 22:05:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Benjamin Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Cynthia Tyburczy Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Srigley Development Company LLC christianna@dakotabankruptcy.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster Chapter 7 Trustee for Touchstone Remodelers, LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 05, 2025 | Form ID: pdf001 | Total Noticed: 1

Maurice Belmont VerStandig
    on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Benjamin Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 7