The order below is hereby signed.

Signed: January 8 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 23-00116-ELG |
|  | ) |  |
| TOUCHSTONE REMODELERS, LLC, | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| FEDERICO BANDI, et al., | ) | Adv. Proc. 25-10009-ELG |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| BENJAMIN SRIGLEY, et al., | ) |  |
|  | ) |  |
| Defendants | ) |  |

### ORDER RESOLVING MOTION TO DISMISS

Upon consideration of the *Motion to Dismiss* ("Motion") filed by Benjamin Srigley ("Mr.

Srigley"), Cynthia Srigley ("Ms. Srigley"), and Srigley Development Company, LLC ("SDCL,"

and collectively with Mr. Srigley and Ms. Srigley, the "Defendants") and the agreement to the

resolution set forth below by Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the

1

"Trustee") for debtor Touchstone Remodelers, LLC ("Debtor"), and good cause being shown, it

is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is RESOLVED AS FOLLOWS, and it is further

ORDERED, that the Court shall issue new summons ("New Summons") to the Trustee

with regard to the amended complaint, scheduling a scheduling conference for the first regularly

scheduled motions day in May, 2026; and it is further

ORDERED, that the deadline to serve the Amended Complaint and New Summons pursuant

to Federal Rule of Civil Procedure 4(m), made applicable herein by Federal Rule of Bankruptcy

Procedure 7004, shall be extended to and including April 2, 2026, without prejudice to the right

of the Trustee to seek further extensions for cause.

**END OF ORDER**

WE ASK FOR THIS

/s/ *Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

/s/ Maurice B. Verstandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
E-mail: mac@dcbankruptcy.com
*Limited Special Appearance Counsel*
*for Counsel for the Benjamin Srigley,*
*Cynthia Srigley, and Srigley*
*Development Company, LLC*

2