The order below is hereby signed.

Signed: January 8 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | CHAPTER 7 |
| Debtor. | |
| FEDERICO BANDI, et al., | Adv. Proc. 25-10009-ELG |
| Plaintiffs, | |
| vs. | |
| BENJAMIN SRIGLEY, et al., | |
| Defendants | |

**ORDER RESOLVING MOTION TO DISMISS**

Upon consideration of the *Motion to Dismiss* ("Motion") filed by Benjamin Srigley ("Mr. Srigley"), Cynthia Srigley ("Ms. Srigley"), and Srigley Development Company, LLC ("SDCL," and collectively with Mr. Srigley and Ms. Srigley, the "Defendants") and the agreement to the resolution set forth below by Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the

1

"Trustee") for debtor Touchstone Remodelers, LLC ("Debtor"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is RESOLVED AS FOLLOWS, and it is further

ORDERED, that the Court shall issue new summons ("New Summons") to the Trustee with regard to the amended complaint, scheduling a scheduling conference for the first regularly scheduled motions day in May, 2026; and it is further

ORDERED, that the deadline to serve the Amended Complaint and New Summons pursuant to Federal Rule of Civil Procedure 4(m), made applicable herein by Federal Rule of Bankruptcy Procedure 7004, shall be extended to and including April 2, 2026, without prejudice to the right of the Trustee to seek further extensions for cause.

**END OF ORDER**

<u>WE ASK FOR THIS</u>

<u>/s/ *Justin P. Fasano*</u>
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

<u>/s/ Maurice B. Verstandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
E-mail: mac@dcbankruptcy.com
*Limited Special Appearance Counsel*
*for Counsel for the Benjamin Srigley,*
*Cynthia Srigley, and Srigley*
*Development Company, LLC*

2

United States Bankruptcy Court

District of Columbia

Wendell W. Webster, Chapter 7 Trustee fo,
    Plaintiff

Adv. Proc. No. 25-10009-ELG

Srigley,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Benjamin Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| dft | + | Cynthia Tyburczy Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| dft | + | Touchstone Remodelers, LLC, 1025 Connecticut Avenue, NW, Suite 615, Washington, DC 20036-5446 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 08 2026 22:05:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Srigley Development Company, LLC |
| pla | | Wendell W. Webster, Chapter 7 Trustee for Touchsto |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 08, 2026 | Form ID: pdf001 | Total Noticed: 4

| | |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Cynthia Tyburczy Srigley christianna@dcbankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Srigley Development Company LLC christianna@dcbankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Benjamin Srigley christianna@dcbankruptcy.com |
| Federico M. Bandi | fbandi1@jhu.edu |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster Chapter 7 Trustee for Touchstone Remodelers, LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Srigley Development Company LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Benjamin Srigley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Touchstone Remodelers LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 9