**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00116-ELG |
| ) | |
| TOUCHSTONE REMODELERS, LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| WENDELL W. WEBSTER, chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 25-10009-ELG |
| ) | |
| BENJAMIN SRIGLEY, et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on January 12, 2026, I served a copy of the *Amended Complaint* [Docket No. 24-1] and corresponding *Summons in an Adversary Proceeding* [Docket No. 37, 37-1 and 37-3, as appropriate] filed in the above-captioned case, by mailing a copy thereof by first class mail, postage pre-paid, to:

> Benjamin Robert Srigley
> 203 Fishburne Street Apt A
> Charleston, SC 29403-6563
>
> Benjamin R Srigley
> 4440 Willard Ave
> Apt 813
> Chevy Chase MD 20815

---

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Cynthia Tyburczy Srigley
203 Fishburne Street Apt A
Charleston, SC 29403-6563

Cynthia Tyburczy Srigley
4440 Willard Ave
Apt 813
Chevy Chase MD 20815

Srigley Development Company, LLC
c/o Benjamin Robert Srigley, Registered Agent
203 Fishburne Street Apt A
Charleston, SC 29403-6563

Srigley Development Company, LLC
c/o Benjamin Robert Srigley, Registered Agent
4440 Willard Ave
Apt 813
Chevy Chase MD 20815

Dated: January 12, 2026 　　　　　　　　　　　Respectfully submitted

        /s/ Justin P. Fasano
        Justin P. Fasano (DC Bar MD21201)
        McNamee Hosea
        6404 Ivy Lane, Suite 820
        Greenbelt, MD 20770
        (301) 441-2420
        jfasano@mhlawyers.com
        *Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, the foregoing request was served by CM/ECF to all parties receiving notice thereby.

        /s/ Justin P. Fasano
        Justin P. Fasano