# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 23-00116-ELG |
| ) | |
| TOUCHSTONE REMODELERS, LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| WENDELL W. WEBSTER, chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 25-10009-ELG |
| ) | |
| BENJAMIN SRIGLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on January 14, 2026, I served a copy of the *Amended Complaint* [Docket No. 24-1] and corresponding *Summons in an Adversary Proceeding* [Docket No. 37, 37-1 and 37-3, as appropriate] filed in the above-captioned case, by mailing a copy thereof by first class mail, postage pre-paid, to:

> Benjamin Robert Srigley
> 7248 SW 57th Lane
> Ocala , FL 34474-2063
>
> Benjamin R Srigley
> 428 Childers St Pmb 2554
> Pensacola, FL 32534-9630

_____
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Cynthia Tyburczy Srigley
428 Childers St Pmb 2554
Pensacola, FL 32534-9630

Cynthia Tyburczy Srigley
7248 SW 57th Lane
Ocala , FL 34474-2063

Dated: January 16, 2026          Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, the foregoing request was served by CM/ECF to all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano

3