**FILED**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FEB 1 8 2026

Clerk, U.S. District and
Bankruptcy Courts

In re

Touchstone Remodelers, LLC
_____

_____  Debtor.

Wendell Webster
_____

_____  Plaintiff,

v.

Benjamin Robert Srigley et al.
_____  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 23-00116-ELG

(Chapter 7 )

Adversary Proceeding No. 25-10009-ELG

APPLICATION FOR APPOINTMENT OF PRO BONO COUNSEL IN ADVERSARY PROCEEDING

Part A.  Family Size and Income.

1.  Including yourself, your spouse, and dependents, how many people are
in your family? (Do not include your spouse if you are separated.)          2

2.  Complete Bankruptcy Schedule I (Official Form 6I) and restate the
amount provided on Line 16.  (Attach a completed copy of Schedule I
with this application.)

Total Combined Monthly Income (Line 16 Schedule I)     $          29.61

3.  State the monthly net income, if any, of dependents included in
Question 1 above.  Do not include any income already reported in
Question 2.  If none, enter $0                                          $          0.00

4.  Add lines 3 and 4.                                                  $          29.61

Part B.  Monthly Expenses.

5.  Complete Bankruptcy Schedule J (Official Form 6J) and restate the
amount provided on Line 18.  (Attach a completed copy of Schedule J
with this application.)                                                $       4,449.95

Part C.  Real and Personal Property.



RECEIVED
Mail Room

FEB 1 8 2026

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

6. State the amount of cash you have on hand. $ 271.00

7. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or other Financial Institution: | Type of Account (savings, checking, DC): | Amount: |
|---|---|---|
| Bank of America | Checking | $ 2,851.10 |
| Axos Bank | Checking | $ 170.09 |
| Fidelity | Investment | $ 9,076.45 |

8. State the assets owned by you. **Do not list ordinary household furnishings and clothing.**

| | Address: | | |
|---|---|---|---|
| Home | 7248 SW 57th Lane | Value: | $ 320,000.00 |
| | Ocala, FL 34474 | Amount owed: | $ 320,000.00 |
| Other real estate | Address: | Value | $ |
| | | Amount owed: | $ |
| Motor Vehicle | Model/Year: Subaru WRX/2022 | Value: | $ 22,210.00 |
| | | Amount Owed: | $ 16,856.00 |
| Motor Vehicle | Model/Year: Chevrolet Silverado 1997 | Value: | $ 1,300.00 |
| | | Amount Owed: | $ 0.00 |
| Other | Description: Aluminum boat, two off-highway motorcycles | Value: | $ 6,020.00 |
| | | Amount Owed: | $ 0.00 |

9. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

| Name of person, business, or organization that owes you money: | Amount Owed |
|---|---|
| Judgment FL J25000536909 | $ 3,295.00 |
| | $ |

Part D.  Additional Information.

10. Please provide any other information that helps to explain why you are unable to afford counsel.

The Defendants, Benjamin and Cynthia Srigley, are seeking
an appointment of pro bono counsel because we are unable to
secure counsel in this adversary proceeding at a price we
can afford (quotes > $50,000). We are both unemployed and
maintaining a tight budget to cover our living expenses
until regular income is resumed. Cynthia is seeking
employment in a relatively-narrow field of expertise and is
optimistic that she can secure a position within the next
few months.

11. I declare under penalty of perjury that I cannot currently afford counsel in this adversary
proceeding and that the foregoing information is true and correct

Executed on:  ____2/17/2026____        _____
                      Date                           Signature