UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 23-00116-ELG |
| **Touchstone Remodelers, LLC**<br>**Debtor** | Chapter 7 |
| **Wendell W. Webster**<br>**Plaintiff**<br><br>v.<br><br>**Benjamin Srigley, et al.**<br>**Defendant(s)** | Adv. Pro. No. 25-10009-ELG |

### NOTICE OF DEFICIENT FILING

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you

**[ECF No. 40 – Answer to Amended Complaint and Affirmative and Other Defenses]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **3/4/2026.** Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.*

| | |
|---|---|
| ☐ | The case name and/or number does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | A corporate ownership statement containing the information described in Federal Rule of Bankruptcy Procedure 7007.1 |
| ☐ | A filing fee of $ is required with this filing. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☒ | **The document has an electronic signature in an incorrect format.** *See* **Local Bankruptcy Rules Appendix D § 7(a).** |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☒ | **The document is unsigned.** |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |

| | |
|---|---|
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 9013-1*. |
| ☐ | The document requires a notice of objection deadline. |
| ☐ | The date, time, and/or location in the notice is incorrect or omitted. |
| ☐ | This document requires a hearing. Please contact the Courtroom Deputy at (202) 354-3178. |
| ☐ | The notice is not properly linked to the associated pleading. |
| ☐ | The Clerk has determined that either the objection deadline and/or hearing date, time, and/or location was not properly scheduled in the court's system or in compliance with the applicable rules. An improperly scheduled hearing will not appear on the Court's docket. Movant must refile the notice under the proper notice event to schedule the hearing date and/or objection deadline. |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☒ | **Other:    ONLY ATTORNEY(S) CAN SIGN DIGITALLY OR WITH A /s/.** |

       For the Court:
       Angela D. Caesar
       BY:CA
       Dated: 2/18/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.