The order below is hereby signed.

Signed: February 20 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 23-00116-ELG |
| **Touchstone Remodelers LLC,** Debtor. | Chapter 7 |
| **Wendell W. Webster, Chapter 7 Trustee for Touchstone Remodelers LLC,** Plaintiff, | |
| v. | Adv. Pro. No. 25-10009 |
| **Benjamin Srigley, et al.,** Defendants. | |

## ORDER DENYING APPLICATION TO APPOINT PRO BONO COUNSEL

Cynthia Tyburczy Srigley and Benjamin Srigley (the "Defendants") has filed an *Application for Appointment of Pro Bono Counsel in Adversary Proceeding* (the "Application") (ECF No. 41). In accordance with this Court's pro bono program, which is codified in Appendix C to the Local Bankruptcy Rules, the Court requested that the Panel Administrators appoint a pro bono attorney; however, the Panel Administrators have determined that the Defendants are not eligible for representation.

It is therefore, **ORDERED** that the Application (ECF No. 41) is **DENIED**.

[Signed and dated above.]

Copies to: Defendants; recipients of e-notifications of orders.