The order below is hereby signed.

Signed: February 20 2026

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 23-00116-ELG |
| Touchstone Remodelers LLC, <br> Debtor. | Chapter 7 |
| Wendell W. Webster, Chapter 7 Trustee for Touchstone Remodelers LLC, <br> Plaintiff, | |
| v. | Adv. Pro. No. 25-10009 |
| Benjamin Srigley, et al., <br> Defendants. | |

### ORDER DENYING APPLICATION TO APPOINT PRO BONO COUNSEL

Cynthia Tyburczy Srigley and Benjamin Srigley (the "Defendants") has filed an *Application for Appointment of Pro Bono Counsel in Adversary Proceeding* (the "Application") (ECF No. 41). In accordance with this Court's pro bono program, which is codified in Appendix C to the Local Bankruptcy Rules, the Court requested that the Panel Administrators appoint a pro bono attorney; however, the Panel Administrators have determined that the Defendants are not eligible for representation.

It is therefore, **ORDERED** that the Application (ECF No. 41) is **DENIED**.

[Signed and dated above.]

Copies to: Defendants; recipients of e-notifications of orders.

United States Bankruptcy Court

District of Columbia

Wendell W. Webster, Chapter 7 Trustee fo,
    Plaintiff

Adv. Proc. No. 25-10009-ELG

Srigley,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Feb 20, 2026      Form ID: pdf001      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Benjamin Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| dft | + | Cynthia Tyburczy Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 20 2026 22:12:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Benjamin Srigley christianna@dcbankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Cynthia Tyburczy Srigley christianna@dcbankruptcy.com |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 20, 2026 | Form ID: pdf001 | Total Noticed: 3

Christianna Annette Cathcart
    on behalf of Defendant Srigley Development Company  LLC christianna@dcbankruptcy.com

Federico M. Bandi
    fbandi1@jhu.edu

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Touchstone Remodelers, LLC jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Maurice Belmont VerStandig
    on behalf of Defendant Srigley Development Company  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Benjamin Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 9