The order below is hereby signed.

Signed: May 6 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00116-ELG** |
| **Touchstone Remodelers, LLC,**<br>**Debtor.** | **Chapter 7** |
| **Wendell W. Webster, Chapter 7 Trustee**<br>**for Touchstone Remodelers, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Benjamin Srigley, _et al._,**<br>**Defendants.** | **Adv. Pro. 25-10009-ELG** |

## <u>SCHEDULING ORDER</u>

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding established at the scheduling hearing held May 6, 2026:

1.    **Discovery.** Unless modified by order of this Court, the deadline for the parties to complete discovery is **October 5, 2026**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

1

2.      **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter or narrow issues for determination at trial.

3.      **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment (and/or amendments thereto) or other dispositive motions shall be filed on or before **November 2, 2026**. Responses shall be filed within 21 days of the dispositive motion, and replies, if any, shall be filed within 14 days of the filing of the response. The last day for hearing on motions for summary judgment or other dispositive motions shall be **December 2, 2026 at 10:00 a.m.** Parties may schedule a hearing prior to this date, but no earlier than 7 days following the filing of the last responsive brief pursuant to Local Bankruptcy Rule 9013-1.

4.      **Final Pretrial Conference.** A final pretrial conference will be held on **December 2, 2026 at 10:00 a.m.**, at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements. The final pretrial conference will take place both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact Gunn_Hearings@dcb.uscourts.gov prior to the hearing for Zoom instructions.

5.      **Availability of Mediation**. The Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested, and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and

procedures for participating in the Circuit Court of Appeals' Mediation Program or by judicial mediation.

6.      **Settlement**. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-1 requesting approval of the settlement.

7.      **Jurisdiction**. Any party not consenting to the entry of a final order by the Bankruptcy Court shall file a motion to withdraw the reference or for other appropriate relief within 30 days of the entry of this Scheduling Order and promptly set the motion for a hearing. The failure to comply with the terms of this paragraph shall be deemed to constitute consent to the entry of final orders by the Bankruptcy Court.

[Signed and dated above.]

Copies to: All parties receiving electronic notifications.

United States Bankruptcy Court

District of Columbia

Wendell W. Webster, Chapter 7 Trustee fo,

    Plaintiff

Adv. Proc. No. 25-10009-ELG

Srigley,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 06, 2026 | Form ID: pdf001 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| intp | + | Angela M. Bandi, 3606 Chesapeake Street, NW, Washington, DC 20008-2915 |
| dft | + | Benjamin Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| dft | + | Cynthia Tyburczy Srigley, c/o The Belmont Firm, 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036-5304 |
| dft | + | Touchstone Remodelers, LLC, 1025 Connecticut Avenue, NW, Suite 615, Washington, DC 20036-5446 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | May 06 2026 23:06:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | May 06 2026 23:01:01 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2026 23:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | May 06 2026 23:01:14 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | May 06 2026 23:06:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | May 06 2026 23:06:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 06 2026 23:06:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: May 06, 2026 | Form ID: pdf001 | Total Noticed: 13

dft                Srigley Development Company, LLC
pla                Wendell W. Webster, Chapter 7 Trustee for Touchsto

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Christianna Annette Cathcart

on behalf of Defendant Benjamin Srigley christianna@dcbankruptcy.com

Christianna Annette Cathcart

on behalf of Defendant Cynthia Tyburczy Srigley christianna@dcbankruptcy.com

Christianna Annette Cathcart

on behalf of Defendant Srigley Development Company  LLC christianna@dcbankruptcy.com

Federico M. Bandi

fbandi1@jhu.edu

Justin Philip Fasano

on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Touchstone Remodelers, LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Maurice Belmont VerStandig

on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Srigley Development Company  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Benjamin Srigley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 9