## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:
TOUCHSTONE REMODELERS, LLC,
          Debtor.

WENDELL W. WEBSTER,
Chapter 7 Trustee,
          Plaintiff,

v.

BENJAMIN ROBERT SRIGLEY,
CYNTHIA TYBURCZY SRIGLEY,
TOUCHSTONE REMODELERS, LLC, and
SRIGLEY DEVELOPMENT COMPANY, LLC,
          Defendants.

Case No. 23-00116-ELG
Chapter 7

Adversary No. 25-10009-ELG

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT, AND NOTICE OF

## HEARING

PLEASE TAKE NOTICE that Defendants Benjamin Robert Srigley and Cynthia Srigley, appearing pro se, have filed contemporaneously herewith their Motion for Leave to File Out of Time and, Upon Leave Granted, Statement of Non-Consent to Entry of Final Orders, Motion for Other Appropriate Relief Under Paragraph 7 of the Scheduling Order, and Demand for Jury Trial (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objection or other response to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue NW, Washington, DC 20001, and served upon Defendants at the address below, on or before June 26, 2026, which is fourteen (14) days after the date of service of this Notice.



RECEIVED
Mail Room

JUN 1 2 2026

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

1

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on July 1, 2026, at 10:00AM, before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, in Courtroom 1, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue NW, Washington, DC 20001, and via Zoom (parties may email Gunn_Hearings@dcb.uscourts.gov for video appearance information).

If an objection or response is timely filed, the Court will consider it at the hearing. The hearing may be continued or rescheduled by the Court without further written notice other than an announcement on the record or a notation on the docket.

Dated: June 11, 2026

Respectfully submitted,

Benjamin Robert Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-0203
srigleyben@gmail.com


and


Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com


*Filing pro se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing Notice of

Motion and Opportunity to Object, and Notice of Hearing was served by first-class mail, postage

prepaid, and by electronic mail, upon:

Justin P. Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Benjamin Robert Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-0203
srigleyben@gmail.com

and

Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com

*Filing pro se*