### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re:

TOUCHSTONE REMODELERS, LLC,
      Debtor.

WENDELL W. WEBSTER,
Chapter 7 Trustee,

      Plaintiff,

v.

BENJAMIN ROBERT SRIGLEY,
CYNTHIA TYBURCZY SRIGLEY,
TOUCHSTONE REMODELERS, LLC, and
SRIGLEY DEVELOPMENT COMPANY, LLC,
      Defendants.

Case No. 23-00116-ELG
(Chapter 7)

Adversary No. 25-10009-ELG



**FILED**

**JUN 1 2 2026**

Clerk, U.S. District and
Bankruptcy Courts

## NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR DIRECT NOTICING

Defendants Benjamin Robert Srigley and Cynthia Srigley ("Defendants"), appearing pro se, hereby notify the Court, the Clerk, the Bankruptcy Noticing Center, and all parties in interest that their current mailing address for all notices, orders, and service of pleadings in this adversary proceeding is:

Benjamin Robert Srigley and Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com

Defendants previously engaged Maurice B. VerStandig, Esq., of The Belmont Firm for limited purposes earlier in this proceeding; that engagement has concluded, and Defendants have appeared and continue to appear pro se. Defendants respectfully request that the Clerk update the docket and the Bankruptcy Noticing Center records so that all future notices and orders in this

1

RECEIVED
Mail Room

JUN 1 2 2026

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

adversary proceeding are mailed and transmitted to Defendants directly at the address set forth above.

Dated: June 11, 2026

Respectfully submitted,

Benjamin Robert Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-0203
srigleyben@gmail.com

and

Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com

*Filing pro se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing Notice of Change of Address and Request for Direct Noticing was served by first-class mail, postage prepaid, and by electronic mail, upon:

Justin P. Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Benjamin Robert Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-0203
srigleyben@gmail.com

and

Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com

*Filing pro se*

3