**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | **23-00116-ELG** |
| ) | |
| **TOUCHSTONE REMODELERS, LLC,** ) | **CHAPTER 7** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **WENDELL W. WEBSTER, ch. 7 Trustee** ) | **Adv. Proc. 25-10009-ELG** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **BENJAMIN SRIGLEY, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME AND UPON LEAVE GRANTED, STATEMENT OF NON-CONSENT TO ENTRY OF FINAL ORDERS, MOTION FOR OTHER APPROPRIATE RELIEF UNDER PARA 7 OF THE SCHEDULING ORDER, AND DEMAND FOR JURY TRIAL.**

Comes now, Wendell W. Webster, in his capacity as the Chapter 7 Trustee (the "Trustee")

for debtor Touchstone Remodelers, LLC ("Debtor"), and plaintiff in this adversary proceeding,

and opposes, by and through counsel, McNamee Hosea, P.A., *Defendant's Motion for Leave to*

*File Out of Time and Upon Leave Granted, Statement of Non-Consent to Entry of Final Orders,*

*Motion for Other Appropriate Relief Under Para 7 of the Scheduling Order, and Demand for Jury*

*Trial.* (the "Motion"), and states as follows.

_____

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Defendants again seek to delay the ultimate judgment against them. Having hidden their true address from the Plaintiff in attempts to dodge service, they now complain that electronic service on their counsel, who had not and has not yet withdrawn, is insufficient service for purposes of the Scheduling Order. Federal Rule of Civil Procedure 5, made applicable herein by Federal Rule of Bankruptcy Procedure 7005, provides that "If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party." Fed. R. Civ. Proc. 5(b)(1). Defendants appeared at the May 6, 2026 initial schedule conference at which the Court announced it would issue a scheduling order. The scheduling order was mailed to the addresses on file for the Defendants and by ECF to their counsel. Docket No. 51. Accordingly, service of the Scheduling Order was proper.

Parties may consent to final orders by the Bankruptcy Court even on non-core matters. *Wellness Int'l Network, Ltd. v. Sharif*, 575 U.S. 665 (2015). In this case, Local Bankruptcy Rule 7012-1 provides:

**RULE 7012–1 Final Orders and Judgments As required by Bankruptcy Rules 7008 and 7012(b), all parties in adversary proceedings shall include in their initial substantive filing a statement as to whether the party consents to entry of final orders and/or judgments by the bankruptcy judge. If a party fails to include the required statement in their initial substantive filing or by some other deadline as set by the Court, such party is deemed to have consented to entry of final orders or judgments by the bankruptcy judge.**

Defendants did not include in their answer a statement that they did not consent to final orders and judgments. Nor did they file a response to the scheduling order . Thus they are presumed to consent to final orders and judgments by this Court.

Finally, Defendants' request for a jury trial is untimely under Fed. R. Civ. Proc. 38, made applicable herein by Fed. R. Bankr. Proc. 9015, as it was not made within 14 days of the filing of their answer.

2

WHEREFORE, the Trustee requests that this Court (i) deny the Motion; and (ii) grant such other relief as it deems appropriate and proper.

Date: June 26, 2026                                    Respectfully submitted,


/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, a copy of the foregoing via CM/ECF, upon all parties

receiving notice thereby, and by first class mail, postage prepaid, and e-mail to:

Cynthia Srigley ctsrigley@gmail.com
7248 SW 57th Lane
Ocala FL 34474

Ben Srigley srigleyben@gmail.com
7248 SW 57th Lane
Ocala FL 34474

/s/ *Justin P. Fasano*
Justin P. Fasano

4